# EXHIBIT 1

## Deposition of Plaintiff



# Transcript of Darius Kimbrough

**Date:** September 14, 2020
**Case:** Kimbrough -v- Sentz, et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
**www.planetdepos.com**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

1          IN THE UNITED STATES DISTRICT COURT

2             FOR THE DISTRICT OF MARYLAND

3    - - - - - - - - - - - - x

4    DARIUS KIMBROUGH,          :

5          Plaintiff,           :

6      v.                       :    Case No.

7    TYLER SENTZ, et al.,       :    17-3477 CCB

8          Defendants.          :

9    - - - - - - - - - - - - x

10

11          DEPOSITION OF DARIUS KIMBROUGH

12                Baltimore, Maryland

13             Monday, September 14, 2020

14                   2:00 p.m.

15

16

17

18

19

20    Job No.: 321318

21    Pages: 1 - 145

22    Reported By:  Debi Pearce

1      Deposition of DARIUS KIMBROUGH, held at the

2    offices of:

3

4           PLANET DEPOS - BALTIMORE

5           100 East Pratt Street, Suite 2560

6           Baltimore, Maryland 21202

7           888.433.3767

8

9       Pursuant to notice, before Debi Pearce, Notary

10   Public in and for the State of Maryland and the

11   Commonwealth of Virginia.

12

13

14

15

16

17

18

19

20

21

22

```
1                    A P P E A R A N C E S

2

3        APPEARING VIA VIDEOCONFERENCE ON BEHALF OF

4    PLAINTIFF DARIUS KIMBROUGH:

5            SOLOMON M. RADNER, ESQUIRE

6            EXCOLO LAW, PLLC

7            Suite 401

8            26700 Lahser Road

9            Southfield, Michigan 48033

10           248.932.9300

11           sradner@excololaw.com

12

13       ON BEHALF OF DEFENDANTS DETECTIVE TYLER SENTZ,

14   OFFICER JONATHAN VAN CURAN, AND

15   OFFICER RYAN PERRY:

16           CHRISTOPHER C. JEFFRIES, ESQUIRE

17           KRAMON & GRAHAM

18           Suite 2600

19           One South Street

20           Baltimore, Maryland 21202

21           410.752.6060

22           cjeffries@kg-law.com
```

1                        C O N T E N T S

2

3    WITNESS:  DARIUS KIMBROUGH:

                                               PAGE
4
     EXAMINATION                                 5
5      BY MR. CHRISTOPHER C. JEFFRIES
     EXAMINATION                                142
6      BY MR. SOLOMON M. RADNER

7

8    EXHIBITS:

9    EXHIBIT NO. 1:  GOOGLE MAP,                53
                     1511 W. LEXINGTON ST.
10   EXHIBIT NO. 2:  GOOGLE MAP STREET VIEW     66
                     PHOTO OF BUILDING
11

12

13

14

15

16

17

18

19

20

21

22

```
 1              P R O C E E D I N G S

 2                  DARIUS KIMBROUGH,

 3   HAVING BEEN FIRST DULY SWORN/AFFIRMED, WAS

 4   EXAMINED AND TESTIFIED UNDER OATH AS FOLLOWS:

 5                      EXAMINATION

 6   BY MR. CHRISTOPHER C. JEFFRIES:

 7       Q  Good afternoon, sir.  Can you please state

 8   your name for the record.

 9       A  Darius Marvious [ph] Kimbrough.

10       Q  Mr. Kimbrough, I introduced myself to you

11   off the record.  I'll introduce myself to you on.

12   My name is Chris Jeffries, I represent some of the

13   defendants in the lawsuit that you filed, okay?

14       A  Uh-huh.

15       Q  Can you hear me okay?

16       A  Uh-huh.

17          (Whereupon, an off-the-record discussion

18   occurred.)

19   BY MR. JEFFRIES:

20       Q  So there is a court reporter who's sitting

21   across from me, and she is sitting to your right,

22   okay?
```

1      A   Okay.

2      Q   She's taking down everything we say, so

3   there's a couple of rules that are very important

4   to follow.  Okay?  The first one, you've got to

5   give verbal responses because she can't take down

6   a shake of the head, and "uh-huh," or "huh-huh."

7      A   All right.

8      Q   That's the hardest rule, I promise.

9          The second thing that both of us have to

10  do the best we can, and she's already asked, is,

11  keep our voices up so she can hear, okay?

12     A   Okay.

13     Q   I'm going to be asking you a series of

14  questions, okay?

15     A   Okay.

16     Q   If you don't understand one of my

17  questions, just tell me, all right?

18     A   (Witness nods head up and down.)

19     Q   Is that okay?

20     A   Okay.

21     Q   If you do answer my question there's two

22  things that are going to flow from that, okay?

1      A   Okay.

2      Q   The first is, that you understood my

3   question; and, second is that you're answering

4   truthfully, as you've taken an oath to do, okay?

5      A   Okay.

6      Q   Only one of us needs to talk at a time,

7   okay?

8      A   Okay.

9      Q   This isn't a memory test.  If you don't

10  know the answer to one of my questions, just tell

11  me.

12     A   Okay.

13     Q   If you need a break, just tell me.  All I

14  ask is that if I'm in the process of asking you a

15  question, let me finish asking, you may answer,

16  and then we can take a break.

17     A   Okay.

18     Q   Did you do anything to prepare for today's

19  deposition?

20     A   Yes.

21     Q   Okay.  Tell me what you did.

22     A   Made it here.

```
1            (Court reporter requests clarification.)

2     BY MR. JEFFRIES:

3         Q   Did you do anything to prepare for this

4     deposition?

5         A   Yes.

6         Q   What did you do?

7         A   Make it here on time.

8             I don't really understand a question like

9     that.

10        Q   Okay, I'll rephrase my question.  Did you

11    review any documents --

12            MR. RADNER:  You've got to speak more

13    clearly.  I couldn't hear what you said.

14            MR. JEFFRIES:  Can you hear me okay,

15    counsel?

16            MR. RADNER:  Yeah, I can hear you great.

17            Darius, you've got to speak a little bit

18    more clearly and a little louder, okay?

19            THE WITNESS:  Okay.

20            MR. RADNER:  That's awesome.

21    BY MR. JEFFRIES:

22        Q   I'm going to ask my question again, okay?
```

1      A   Okay.

2      Q   Did you do anything to prepare for today's

3   deposition?

4      A   Yes.

5      Q   What did you do?

6      A   I'm going to say it again, I really don't

7   understand the question, sir.

8      Q   Did you review any documents in

9   preparation for today's deposition?

10     A   No.

11     Q   Did you speak to your attorney in

12   preparation for the deposition?

13     A   Yes.

14     Q   Okay.  Did you speak to anyone else in

15   preparation for the deposition?

16     A   No.

17     Q   Do you have any documents relating to this

18   case that you haven't given to your attorney?

19     A   No.

20     Q   Do you have any medical records related to

21   the case?

22     A   Yes, but I already gave that to him.

1     Q   You gave that to him.

2         And when did you do that?

3     A   I think it was June.

4     Q   "June"?

5     A   Yeah.  June.

6     Q   How did you provide those records?

7     A   I went to the hospital and got them.

8     Q   Okay.  What hospital did you go to?

9     A   Johns Hopkins Hospital.

10    Q   And what did you do with the records?

11    A   I sent them all to him.  I faxed them.

12    Q   You "faxed "them?

13    A   Yeah.

14    Q   Approximately, how many pages of records

15 were there; do you know?

16    A   It was like eight; a couple of pages, like

17 eight.

18    Q   Eight pages?

19    A   Yeah, eight pages.

20    Q   Make sure to keep your voice up.

21    A   Okay.

22    Q   Do you have any other medical records

1   relating to this case?

2      A   No.

3      Q   Where are those documents now?

4      A   My lawyer has them.

5      Q   Right.  Did you retain a copy?

6      A   Yes.

7      Q   And do you have those documents?

8      A   No.

9      Q   Where are they?

10     A   They told me not to bring nothing.

11     Q   No, no.  I understand that.

12         Where are the documents, physically?

13     A   In my house.

14     Q   Okay.  What's your current address?

15     A   2027 Jubilee Court.

16     Q   "Jubilee"?

17     A   G-U-B-I-L-E-E, [sic] Court.

18     Q   What city?

19     A   Baltimore, Maryland.

20     Q   And for how long have you resided at

21  2027 Jubilee Court?

22     A   Since March.

1      Q   Since "March"?

2      A   Yes.

3      Q   Where did you live before that?

4      A   In North Carolina.

5      Q   Where in North Carolina?

6      A   Walkertown, North Carolina.

7      Q   "Walkertown"?

8      A   Yeah, 4888 Oak Branch Lane, Walkertown,

9   North Carolina.

10      Q   And for how long did you live there?

11      A   Two years.

12      Q   Where were you residing before Walkertown?

13      A   1603 West Pratt Street.

14      Q   And how long did you live at 1603 West

15   Pratt?

16      A   I think it was, like, two years, too.

17          Like two years.

18      Q   Where did you reside before that?

19      A   1511 West Lexington Street.

20      Q   How long did you live at 1511 West

21   Lexington Street?

22      A   I think it was about a year and a half --

1  a year and a half to two.

2      Q   Who lived there with you?

3      A   My mother, and my sister, and my siblings.

4      Q   Your mother and your sister?

5      A   My mother, and my siblings, and my

6  grandmother.

7      Q   And your mother's name is Katrina [ph]?

8      A   Yeah.

9      Q   And, what are your sister's names?

10     A   Miracle Cook.

11     Q   "Miracle"?

12     A   Yeah, Miracle Cook [ph].

13     Q   Her last name is "Cook"?

14     A   Uh-huh.

15     Q   Is that, "Yes"?

16     A   "Yes."

17     Q   Any others?

18     A   Kiara Fulton.

19     Q   "Kiara Fulton"?

20     A   Yes.

21     Q   Any others?

22     A   Demetri [ph] Kimbrough.

1    Q   That's your brother, right?

2    A   Yes.

3    Q   Okay.  Did Demetri live with you at 1511?

4    A   Yes.

5    Q   And did anyone else live with you, that

6  you haven't told me about, at 1511?

7    A   My grandmother, Barbara Davis.  Oh, yeah,

8  Shalip Fulton [ph] too.  He lived there.

9    Q   Are you related to Mr. Fulton?

10   A   Brother-in-law.

11   Q   "Brother-in-law"?

12   A   Yes.

13   Q   Which of your sisters is married -- which

14  of your sisters is he married to?

15   A   Kiara Fulton.

16   Q   Did you live with those same people

17  throughout the time that you were living at

18  1511 West Lexington?

19   A   Yes.

20   Q   Who do you live with now at Jubilee Court?

21   A   I live with a roommate.

22   Q   I'm sorry?

1     A  "A roommate."

2     Q  A roommate?

3     A  Yes.

4     Q  What's your roommate's name?

5     A  Nehemiah Woodward.

6     Q  I'm sorry, I didn't catch that.

7     A  Nehemiah Woodward.

8     Q  "Woodward"?

9     A  Yeah, N-E-H-E-M-I-A-H, and Woodward.

10    Q  Thank you.  When was the last time you

11 were in North Carolina?

12    A  This morning.  I got here this morning.

13    Q  You got here this morning?

14    A  Yeah.

15    Q  Where were you staying?

16    A  My mother's house.

17    Q  And that's in Walkertown?

18    A  Yes.

19    Q  How often do you stay there?

20    A  I was only there for a week.  I just went

21 there just to see her, but that's it.

22    Q  So you're normally in Baltimore?

1      A   Yes.

2      Q   Okay.  Separate and apart from any e-mails

3   that you may have exchanged with your lawyer, do

4   you have any e-mails about this case?

5      A   My e-mail?

6      Q   Yes, do you have any e-mails about this

7   case?

8      A   Yes.

9      Q   Are they e-mails to your attorney?

10     A   Yes.

11     Q   Are there any other e-mails?

12     A   No.

13     Q   Same question:  Do you have any text

14  messages about this case?

15     A   No.

16     Q   Any pictures?

17     A   No.

18     Q   Any other documents of any sort?

19     A   No.

20     Q   Okay.  It sounded, when I asked you about

21  pictures, you said, "No," and then it sounded like

22  you started to say something else.

1      A   What do you mean, "documents"?

2      Q   Do you have any piece of paper about this

3   case?

4      A   No.

5      Q   Other than Mr. Radner, who have you spoken

6   with about this case?

7      A   There was some other attorneys, I don't

8   know the names.

9      Q   Other than an attorney, who have you

10  spoken with about this case?

11     A   Nobody.

12     Q   "Nobody"?

13     A   No.

14     Q   Have you ever spoken to your mother about

15  the case?

16     A   No.

17     Q   How about your grandmother?

18     A   No.

19     Q   How about your brother?

20     A   No.

21     Q   How about Mr. Fulton?

22     A   No.

1    Q  Never?

2    A  No.

3    Q  Okay.  Separate from the case, the lawsuit

4  that you filed, have you spoken to either of those

5  people -- any of those people about the incident

6  for which you've filed your lawsuit?

7        Do you understand my question?

8    A  No.

9    Q  All right.  So you filed a complaint -- a

10  complaint was filed on your behalf.  You filed a

11  lawsuit, right?

12    A  Uh-huh.

13    Q  Is that a "yes"?

14    A  "Yes."

15    Q  And I asked you questions about whether

16  you talked to anybody other than your attorneys

17  about that lawsuit, right?

18    A  Yes.

19    Q  And you said, "No"?

20    A  Yes.

21    Q  That lawsuit arises from an instance.

22  Something happened, correct?

1     A   Correct.

2     Q   All right.  So now what I'm asking is not

3  specifically about the lawsuit, but about the

4  incident.  Have you spoken with anybody about the

5  incident, other than an attorney?

6     A   Nobody.

7     Q   So you never spoke to your mother about

8  the incident?

9     A   No.

10    Q   Never spoke to your grandmother?

11    A   No.

12    Q   Never spoke to your brother?

13    A   No.

14    Q   Never spoke to your sisters?

15    A   No.

16    Q   And never spoke to Mr. Fulton?

17    A   No.

18    Q   Do you remember the day and the year of

19  the incident that we're here to talk about?

20    A   August 14th, 2015.

21    Q   I'm sorry?

22    A   The day?  The day of the accident?

1      Q   Yes, what was the date?

2      A   August 14th, 2014.

3      Q   So August of 2014?

4      A   (Nods head up and down.)

5      Q   Okay.

6          THE COURT REPORTER:  I didn't get that

7   response.

8          THE WITNESS:  Yes.

9          (Whereupon, an off-the-record discussion

10   occurred.)

11   BY MR. JEFFRIES:

12      Q   Have you reviewed a copy of the complaint

13   that was filed in your behalf in this case?

14      A   No.  Like the date -- people say the wrong

15   date, but I know that's the day it happened.  But

16   they say it happened on the 9th, but I remember it

17   being the 14th.

18      Q   You remember it being the 14th?

19      A   Yes.

20      Q   Okay.  Do you remember what day of the

21   week it was?

22      A   I don't remember, I just know my birthday

1    was coming up in a week.

2        Q   Your birthday is August 21st, right?

3        A   Yes.

4        Q   Have you ever given a deposition before?

5        A   No.

6        Q   That's usually one of the first questions

7    I ask.  All right.

8            I don't mean anything by it, I ask it of

9    every witness:  Are you currently under the

10   influence of anything that would impact your

11   ability to testify truthfully here today?

12       A   Yes.

13       Q   "Yes"?

14       A   "Yes."

15       Q   Okay.  What are you taking?

16       A   I don't take nothing.  I just smoked,

17   that's all.

18       Q   Okay.  When did you last smoke?

19       A   Yesterday.

20       Q   Okay.  What did you take?

21       A   I didn't take nothing.

22       Q   What did you smoke?

1      A   Marijuana.

2      Q   Let me ask you -- I'm going to ask my

3   question again, and you tell me -- you answer it,

4   okay?  I just want to make sure it's clear.

5          Are you currently under the influence of

6   anything that would impact your ability to testify

7   truthfully?

8      A   No.

9      Q   How often do you use marijuana?

10     A   Occasionally.

11     Q   Okay.  You used it yesterday.  When did

12   you use it before yesterday?

13     A   A couple of days before that.

14     Q   "A couple of days before that," and when

15   had you used it before?

16     A   Same thing.  I just do it occasionally.  I

17   don't do it often.

18     Q   Throughout the course of a month, how

19   often do you use marijuana?

20     A   Three times a week.

21     Q   "Three times a week"?

22     A   Yes.

1      Q   Okay.  For how long have you been using

2   marijuana three times a week?

3      A   Since I was 18.

4      Q   Okay.  And you are how old now?

5      A   Twenty-one.

6      Q   Did you use it before you were 18?

7      A   No.

8      Q   Have you always used it with the same

9   frequency, about three times a week?

10     A   Yes.

11     Q   How much do you smoke when you smoke?

12     A   A blunt.

13     Q   So you smoke three blunts a week?

14     A   Yes.

15     Q   More, less?

16     A   Less.  Three blunts.

17     Q   Okay.  Have you ever gone by any nicknames

18   or any other name?

19     A   No.

20     Q   Your date of birth is 8/21 of...?

21     A   Of 1999.

22     Q   Thank you.  How tall were you at the time

1    of this incident; do you know?

2        A   No.

3        Q   How much did you weigh?

4        A   Like, probably, 150.

5        Q   How tall are you now?

6        A   Like 6'3", and I weigh 198.

7        Q   Where were you born?

8        A   In Baltimore, Maryland.

9        Q   Are you single?

10       A   Yes.

11       Q   That was emphatic.

12           Do you have any children?

13       A   No.

14       Q   What's your educational background?

15       A   I'm still in high school.  I'm going to a

16   GED program.

17       Q   You're in a GED program?

18       A   I'm going to start one.

19           I'm going to start a program, a GED

20   program.

21       Q   So you're not currently enrolled in one?

22       A   No.

1      Q   Where is the GED program?

2      A   I ain't found one yet.  I'm still looking.

3      Q   Okay.  What was the last grade in school

4  that you attended?

5      A   Eleventh and 12th.  I had some 11th grade

6  and some 12th grade classes.

7      Q   Where?

8      A   Bluford Drew Jemison.

9      Q   I'm sorry, I can't hear you.

10      A   "Bluford Drew Jemison."

11      Q   Where is that?

12      A   In Baltimore, Maryland.

13      Q   Can you spell it?

14      A   Bluford, the school?

15      Q   Yes, please.

16      A   B-L-U-F-O-R-D, Drew, D-R-E-W, Jemison,

17  J-E-M-I-S-O-N --

18      Q   Got it.

19      A   -- Academy.

20      Q   "Academy"?

21      A   Uh-huh.

22      Q   Is that a "yes"?

```
 1      A  "Yes."

 2      Q  All right.  And which grades did you

 3   attend there?

 4      A  Ninth, 10th, and 11th, and some 12th.

 5      Q  Ninth, 10th, and 11th.

 6      A  And some 12th, and then I went to Harbor

 7   City.

 8      Q  You went to "Harbor City"?

 9      A  Yes.

10      Q  Why did you switch from Bluford to Harbor

11   City?

12      A  Because I needed some more credits.  More

13   credits, so I had to switch high schools.

14      Q  Does Bluford go through 12th grade?

15      A  Yes.

16      Q  I'm sorry, I'm just not understanding.

17      A  I went there so I could graduate on time.

18      Q  You went where so you could --

19      A  Harbor City.  That's why I went to Harbor

20   City.  Harbor City is an alternative school.

21      Q  What do you mean by "alternative school"?

22      A  If you dumb, if you can't get all your
```

1    credits by the time you graduate, you can go there

2    and get them.

3        Q   So you -- by the time you're supposed to

4    graduate, meaning by the age you graduate?

5        A   Uh-huh.

6        Q   So by the time --

7        A   "Yes."

8        Q   Thank you.  So by the time you were

9    supposed to graduate from high school, you were

10   short some credits?

11       A   Yes.

12       Q   And, as a result of that, you left Bluford

13   Drew and you went to Harbor City?

14       A   Yes, then I left Harbor City and I went to

15   [inaudible].

16       Q   Why did you leave Harbor City?

17       A   We relocated.

18       Q   Your family relocated?

19       A   Yes.

20       Q   And do you know why your family moved?

21       A   My mom wanted new scenery.

22       Q   Your mom wanted "new scenery"; is that

1    what you said?

2       A   Yes.

3       Q   All right.  Did you enroll in school in

4    North Carolina at all?

5       A   No.

6       Q   When you were in high school at Bluford

7    Drew, did you have any behavioral issues or

8    anything?

9       A   No.

10      Q   Never suspended, or anything like that?

11      A   Yes.  But --

12      Q   What were you suspended for?

13      A   Fighting.

14          MR. RADNER:  Relevance.

15   BY MR. JEFFRIES:

16      Q   Can you tell me when?

17          How old you were, is what I'm asking.

18      A   I was in 11th grade, so 17.

19      Q   Did that suspension have anything to do

20   with you leaving Bluford Drew?

21      A   No.

22      Q   I'm sorry?

1       A   "No."

2       Q   Any other issues, any other behavioral

3  issues in school?

4       A   No.

5       Q   How were your grades in school at Bluford?

6       A   Bs and Cs.

7       Q   "Bs and Cs"?

8       A   Yes.

9       Q   What grade -- this incident occurred in

10  the summertime.  What grade were you going to be

11  entering in the fall?

12      A   This fall?  I mean --

13      Q   Let me ask you a better question.  This

14  incident was in August of 2014.  What grade were

15  you going to be entering --

16      A   The ninth.

17      Q   All right.

18      A   Freshman in high school.

19      Q   Thank you.  And this is one of those

20  deposition rules, if you can let me finish asking

21  my question before you answer.

22      A   Okay.

1    Q   That's okay.  So you were going to be

2  entering the ninth grade in August/September of

3  2014?

4    A   Yes.

5    Q   And it was the ninth grade at Bluford?

6    A   Yes.

7    Q   All right.  Have you ever repeated any

8  grades?

9    A   No.  I mean, yes.

10   Q   What grades did you repeat?

11   A   Second grade.

12   Q   Second grade.  Do you recall why?

13   A   Behavior.

14   Q   I'm sorry, I didn't year you.

15   A   "Behavior."

16   Q   "Behavior."  Have you had any other

17  behavior problems in school?

18   A   No.

19   Q   To your knowledge.

20   A   No.

21   Q   Okay.  So you repeated second grade.  That

22  was the only grade, and you were going to go into

```
1    ninth grade at Bluford Drew, correct?

2        A  Yes.

3        Q  All right.  Do you have a driver's

4    license?

5        A  No.

6        Q  Do you know how to drive?

7        A  Yes.

8        Q  When did you first learn to drive?

9        A  April 2019.

10       Q  I'm sorry?

11       A  "April 2019."

12       Q  You never knew how to drive a car before

13   then?

14       A  No.

15          MR. RADNER:  What was the date?  I'm

16   sorry.

17          THE WITNESS:  April.  Sometime in

18   April 2019.

19          MR. RADNER:  2019.  Okay.  Got it.  Sorry.

20   Go ahead.

21          MR. JEFFRIES:  That's okay.

22   BY MR. JEFFRIES:
```

1    Q   Do you have a learner's permit?

2    A   No.

3    Q   Have you ever applied for one?

4    A   No.

5    Q   Are you on social media at all?

6    A   Yes.

7    Q   Do you have any social media postings

8  about this case?

9    A   No.

10   Q   What forms of social media are you on?

11   A   Facebook and Instagram.

12   Q   Anything else?

13   A   No.

14   Q   What's your Facebook name?

15   A   Darius Kimbrough.

16   Q   And how about Instagram?

17   A   4500WAWG.

18   Q   4500W- --

19   A   AWG.

20   Q   Since you've reached the age of 18 and had

21 the opportunity to be represented by counsel, or

22 waived that right, have you been convicted of any

1    crimes?

2        A   No.

3        Q   Have you filed any other lawsuits in the

4    past?

5        A   No.

6        Q   Have you ever been sued before, to your

7    knowledge?

8        A   No.

9        Q   Have you ever asserted any claims?

10       A   No.

11       Q   Never been in a car accident or anything

12   like that?

13       A   Yes.

14       Q   As a result of being in a car accident, do

15   you know whether any claim was asserted on your

16   behalf?

17       A   Not that I'm aware of.

18       Q   I'm sorry?

19       A   No.

20       Q   "No, "you don't know, or, "no," you

21   haven't?

22       A   I don't know.

1   Q  Have you ever been injured in a car

2  accident?

3   A  Not really.  There might have been an

4  accident.

5   Q  As a result of that accident, did you

6  complain of any injuries?

7   A  No.

8   Q  When did it occur?

9   A  Between last -- like 2013.

10   Q  2013?

11   A  Around that time.

12   Q  Can you tell what happened.

13   A  The police was pursuing a car, and the car

14  sideswiped a couple of cars as it went by.

15   Q  You said the police were "pursuing a car"?

16   A  Uh-huh.

17   Q  Is that "yes"?

18   A  "Yes."

19   Q  And, I'm sorry, you tailed off at the end

20  and I couldn't hear what you were saying.  The

21  police were pursuing the car --

22   A  And the car had ran into the car I was in

1    and a couple other cars.

2        Q   The car that was being pursued ran into a

3    car that you were in?

4        A   Yeah, and a couple other cars.

5        Q   And what happened to you as a result, if

6    anything?

7        A   Nothing.

8        Q   Nothing happened.

9            Where did that accident occur?

10       A   Baltimore.

11       Q   Can you be more specific; do you know

12   where in Baltimore?

13       A   Belair Road and Parkside Drive.

14       Q   Who were you with?

15       A   My mother.

16       Q   Anybody else?

17       A   No.

18       Q   Are you working, currently?

19       A   No.

20       Q   When was the last time you've been

21   employed?

22       A   Like a week ago.

1      Q  "A week ago"?

2      A  Yes.

3      Q  Were you working, at all, at the time of

4   this incident?

5      A  What?

6      Q  Were you working, at all, at the time of

7   this incident?

8      A  No.

9      Q  Are you currently employed?

10     A  No.

11     Q  Where were you working?

12     A  Shasta.

13     Q  Sorry?

14     A  The last job I had was Shasta.

15     Q  Can you spell that.

16     A  Shasta, S-H-A-S-T-A, beverages.

17     Q  What were you doing with them?

18     A  Machine operator.

19     Q  What does a "machine operator" do?

20     A  It was a soda factory, so the soda cans

21  come down the line, you make sure the cans don't

22  mess up in the machine.

1    Q   And where is the company?

2    A   Moravia.

3    Q   Where?

4    A   "Moravia."

5    Q   And how long were you employed there?

6    A   For a couple weeks.

7    Q   And why did your employment end?

8    A   False information.

9    Q   What do you mean by that?

10   A   The supervisor gave me wrong information

11   and got me fired.

12   Q   And what kind of information did he give

13   you?

14   A   He told me that I was fired, but I wasn't.

15   He got me mixed up with another employee, so when

16   I went to work, he told me I'm off, so I went

17   home.  And I called the company and they was like,

18   He was looking for me; but he told me to go home,

19   and he was the manager.

20   Q   Where did you work before Shasta?

21   A   Walmart, in North Carolina.

22   Q   "Walmart, in North Carolina"?

```
1      A   Yes.

2      Q   And how long did you work there?

3      A   Eight months.

4      Q   And did you work anywhere before Walmart?

5      A   FedEx.

6      Q   And where did you work at FedEx?

7      A   North Carolina.

8      Q   And how long were you there?

9      A   Like, five months.

10     Q   And anywhere before FedEx?

11     A   No.  I was working a job at the same time

12  around FedEx.  I was working Diane Food [ph].

13     Q   Giant Food?

14     A   Diane Foods.  I meant Deans Food.  It's a

15  milk factory.

16     Q   It's a "milk factory"?

17     A   Yes.

18     Q   And how long were you there?

19     A   About seven months.

20     Q   Anywhere before that?

21     A   Popeye's, Baltimore, Maryland; and UPS,

22  Baltimore, Maryland.
```

1     Q   When did you work for UPS?

2     A   2018.

3     Q   Did you work at all before 2018?

4     A   2017, at Popeye's.  Popeye's was 2017, and

5  then I went to UPS.

6     Q   Sorry, I didn't mean --

7     A   No, that was it.

8     Q   So Popeye's was your first employment?

9     A   Yes.

10     Q   And how long were you there?

11     A   Seven months.

12     Q   And why did you leave?

13     A   Better opportunities.

14     Q   I'm sorry?

15     A   "Better opportunities."

16     Q   And you went from there to UPS?

17     A   Yes.

18     Q   And how long were you at UPS?

19     A   I was there for, like, two months, and

20  then I went to North Carolina.

21     Q   Okay.  And then you worked -- when you got

22  to North Carolina, you worked for Deans Food?

1      A   That, and FedEx.

2      Q   And, at Deans Food, you were there for

3   seven months?

4      A   Yeah.

5      Q   And why did you leave there?

6      A   Better job.

7      Q   What were you doing at Deans Food?

8      A   Production.

9      Q   What does that mean?

10     A   I was working -- I was working the

11  machine.

12     Q   Working a machine?

13     A   Yeah, with the milk jugs.

14     Q   And, then, you were working at FedEx,

15  correct?

16     A   Yes.

17     Q   And what did you do for FedEx?

18     A   I moved -- package handling.

19     Q   Package handling?

20     A   Yes.

21     Q   Were those all full-time jobs?

22     A   (Nods head up and down.)

1    Q   Is that a "yes"?

2    A   "Yes."

3    Q   You went to work at Walmart from FedEx.

4        Why did you leave FedEx?

5    A   I wanted some more hours.

6    Q   What?

7    A   "Some more hours."

8    Q   "More hours"?

9    A   Yeah, I needed more hours, so I went to

10   work for Walmart.

11   Q   You worked at Walmart.  You worked there

12   for eight months.

13       When you worked at Walmart, what were you

14   doing?

15   A   I was stocking.

16   Q   "Stocking"?

17   A   Yes.

18   Q   How much time did you have between when

19   you were working for Walmart, and when you started

20   working for Shasta?

21   A   I started working for Shasta a couple of

22   weeks ago.  I stopped working at Walmart in August

1  of last year.

2      Q  August of 2019?

3      A  (Nods head up and down.)

4      Q  Is that "yes"?

5      A  "Yes."

6      Q  What were you doing for the period between

7  when you weren't working for Walmart and when you

8  started at Shasta?

9      A  Nothing.

10     Q  How did you support yourself?

11     A  I saved up money.

12     Q  Saved up money from what?

13     A  The jobs I was working.

14     Q  I'm sorry?

15     A  The jobs I was working.

16     Q  Where were you living in that period of

17  time?

18     A  From Walmart?

19     Q  Yes.

20     A  Walkertown.

21     Q  Walkertown.  Okay.

22        Were you living with your mother?

1      A   Yes.

2      Q   All right.  I want to talk to you about --

3  let's start with the date of the incident,

4  generally, okay?

5      A   Okay.

6      Q   So what do you remember before the actual

7  incident itself; what were you doing during the

8  day?

9      A   I was outside during the day.

10     Q   Was this a weekday, or weekend; do you

11  remember?

12     A   No.

13     Q   What were you doing outside?

14     A   Riding a bike.

15     Q   When do you recall starting to ride your

16  bike?

17     A   Around midnight when it started to get

18  dark.

19     Q   I'm sorry?

20     A   Around midnight, when it started to get

21  dark.

22     Q   My question is:  When do you recall

1    starting to ride your bike?

2         A   What do you mean?

3         Q   So I thought I asked you what you recall

4    doing on the date of the incident, but before the

5    incident happened; and you said you were outside,

6    right?

7         A   Yes.

8         Q   All right.  And you said you were riding

9    your bike?

10        A   Yes.

11        Q   And what I was asking is:  When did you

12   start riding your bike?

13        A   Around 6:00.

14        Q   6:00 at night?

15        A   Yeah, 6:00.

16        Q   What kind of bike did you have?

17        A   I don't remember.

18        Q   Do you know the make?

19        A   I know it was a mountain bike.

20        Q   Do you remember the make?

21        A   No.

22        Q   How long had you had it?

```
 1      A   It wasn't even my bike.  It was my

 2  cousin's bike.

 3      Q   What's your cousin's name?

 4      A   Olushala.

 5      Q   I'm sorry, I couldn't hear you.

 6      A   "Olushala."

 7      Q   Can you spell it.

 8      A   I don't even know how to spell it myself.

 9      Q   It's "Olushala"?

10      A   I think, O-L-U-S-H-A-L-A.

11      Q   Was Olushala -- am I saying it correctly?

12      A   Yeah, "Olushala."

13      Q   Was Olushala with you on the day of the

14  incident?

15      A   No.

16      Q   How long had you had his bike -- is it a

17  man or woman?

18      A   Who?

19      Q   Is it a man or woman?

20      A   Man.

21      Q   How long had you had his bike?

22      A   For a couple of days.
```

```
1       Q   Where did Olushala live at the time of the

2   incident?

3       A   I don't know.

4       Q   Did you live in the city?

5       A   Yeah.  He lived in Baltimore.

6       Q   He lived in...?

7       A   Baltimore.

8       Q   He lived in the city?

9       A   Yeah.  Yes.

10      Q   What were you -- what do you recall doing,

11  if anything, before 6:00 p.m.?

12      A   Sitting outside.  Sitting outside.  I was

13  outside the whole day.

14      Q   After 6:00, who was with you?

15      A   Alex.

16      Q   What's Alex's last name?

17      A   Courtney.

18      Q   How do you know Alex?

19      A   He was my neighbor.

20      Q   I'm sorry?

21      A   Neighbor.

22      Q   Do you still speak to Alex?
```

1      A   From time to time.

2      Q   When's the last time you spoke to him?

3      A   A couple of months back.

4      Q   How did you get in touch with him?

5      A   Instagram.

6      Q   What's his name on Instagram?

7      A   I would have to look.

8      Q   Okay.  Do you -- do you have his phone

9  number?

10     A   No.

11     Q   Do you have your phone on you?

12     A   Yes.

13     Q   Would that give you -- this shows what I

14  know, would that give you access to Instagram?

15     A   Yes.

16     Q   Before we end today, would you be able to

17  give me his Instagram?

18     A   Yes.

19     Q   Who else was with you, other than Alex,

20  after 6:00 that day?

21     A   It was just me and him taking turns riding

22  the bike.

1    Q   Taking turns riding the bike?

2    A   Yes.

3    Q   And where did Alex live at the time of the

4  incident; do you know?

5    A   Right across the street from me.

6    Q   Do you know the address?

7    A   1508; something like that, because I live

8  at 1511.

9    Q   Where does Alex live now -- where does

10 Mr. Courtney live now; do you know?

11   A   No.

12   Q   So it's after 6:00.  You and Alex are

13 taking turns riding a bike.

14       Where are you riding?

15   A   In front of my house.

16   Q   Just on Lexington Street?

17   A   Yes.

18   Q   Anywhere else?

19   A   No.

20   Q   And how long were you doing that?

21   A   Until the incident.

22   Q   I didn't hear you.

1      A   "Until the incident."

2      Q   So you were outside the entire time?

3      A   Uh-huh.

4      Q   Is that a "yes"?

5      A   Yes.

6      Q   All right.  Was anybody at your house at

7   this time?

8      A   My sister -- well, my brother-in-law, my

9   grandmother, and my brother.

10      Q   So --

11      A   Shalip Fulton, Demetri Kimbrough, and

12   Barbara Davis.

13      Q   They were present -- were they present

14   from 6:00 on?

15      A   Yes.

16      Q   Did you have dinner?

17      A   Not that I remember -- oh, my mother was

18   going to get dinner.

19      Q   Your mom was going to get dinner, so your

20   mom was home as well?

21      A   No, she went to get dinner, and when she

22   came back, the incident was going on.

1      Q  But your mother left from the house to get

2   dinner?

3      A  Yes.

4      Q  So at some point after 6:00, she was home?

5      A  No.

6      Q  She was never home?

7      A  No.

8      Q  Okay.

9      A  She was gone that whole day, and she was

10  coming back to get food.  She was coming to bring

11  food to the house.

12     Q  Where was she coming from; do you know?

13     A  No.

14     Q  Okay.  So your mom was out?

15     A  Yes.

16     Q  Did she come home and go back out, or was

17  she out and was going to get food and then came

18  home?

19     A  Yeah, get food and come home.

20     Q  Okay.  What time in the evening was the

21  incident; do you remember?

22     A  It had to have been like 8:00 or 9:00.

1     Q  What were you wearing on that day; do you

2  remember?

3     A  Shorts and a shirt.  Shorts and tank top.

4     Q  Tank top?

5     A  Yes.

6     Q  White tank top?

7     A  Yes.

8     Q  Do you recall what color the shorts were?

9     A  Between black and blue.

10     Q  Dark color; is that fair?

11     A  Yeah.  Dark color.

12     Q  What was the -- do you remember what

13  Mr. Courtney was wearing?

14     A  Most likely the same thing.  We always

15  were playing basketball in our neighborhood, so

16  probably shorts and shirts.

17     Q  Can you describe Mr. Courtney for me.

18     A  Light skin.  He was skinny at the time.

19  He's not skinny now.  He was little chubby at the

20  time.

21     Q  He was a little heavier at the time?

22     A  No, he was small, like my size, at the

1    time.

2        Q   Okay.  So you said "light skinned."

3    Lighter than you?

4        A   Yes.

5        Q   Lighter than me?

6        A   Yes.

7        Q   How tall?

8        A   Like a 5'7" or 5'8".

9        Q   Any idea how much he weighs?

10           Weighed at the time, to be clear.

11       A   No.

12       Q   Your size, smaller, or bigger?

13       A   He was smaller.

14       Q   Smaller than you were at the time of the

15   incident?

16       A   Yes.

17       Q   And you said you were about 150?

18       A   Yes.

19       Q   More than 125?

20       A   Right around that, like 130.

21       Q   Got it.  Okay.

22           Well, tell me -- take me through it.

1        Tell me what happened.

2     A   I was outside, riding a bike with me and

3   Alex, and I seen a car come past my house, which I

4   was outside around the time.  I seen them right in

5   front of my house.

6     Q   May I -- as we're doing this, I'd like to

7   show you a map and have you mark on that where you

8   were; is that all right?

9     A   All right.

10        (Whereupon, the above-referenced document

11   was marked as Exhibit No. 1.)

12        (Documents passed.)

13        MR. RADNER:  Whatever he's marking, can

14   you mark it as an exhibit?

15        MR. JEFFRIES:  Yeah, I have.  It's a

16   Google satellite.

17        MR. RADNER:  I think the way I did it was

18   more creative and more fun.

19        MR. JEFFRIES:  Noted.

20        (Laughter.)

21        MR. RADNER:  A moment of levity.

22   BY MR. JEFFRIES:

1      Q   So Mr. Kimbrough, you -- you have in front

2    of you Exhibit No. 1.

3      A   I already marked it.

4      Q   You marked it?

5      A   Yes.

6      Q   Okay.  And what did you mark it with, and

7    what does that mean?

8      A   What do you mean?

9      Q   You said you already marked it, so what is

10   the mark that you put on the paper?

11     A   Where I was located.

12     Q   And, specifically, where you were located

13   at what time?

14     A   Around 6:00 or 7:00.  I was in front of my

15   house the whole day.

16     Q   May I see it?

17         (Documents passed.)

18     Q   Okay.  So there are --

19     A   (Indiscernible.)

20     Q   There are two --

21         THE COURT REPORTER:   (Requests

22   clarification.)

1      A  I wasn't going that far.  So I went from

2  that far, to that far (indicating).

3      Q  So there are two marks on this paper, on

4  Exhibit No. 1, on the intersection -- excuse me,

5  on West Lexington Street.

6         Why don't you mark them for me, one as

7  "A," and the other as "B."

8      A  (Complies.)

9      Q  So you were between points "A," and "B,"

10  on Lexington Street?

11      A  Yes.

12      Q  That's where you were on the evening of

13  this incident?

14      A  Yes.

15      Q  So you were testifying.  You told me, I

16  think, you saw a car?

17      A  Yes.

18      Q  Where was the car?

19      A  On Lexington.

20      Q  Which way was it traveling on Lexington?

21      A  Coming down this way (indicating), and

22  turn.

1     Q  So the court reporter is taking it down.

2  I can see you moving your hands, but the record is

3  not going to show us.  So can you show me where,

4  on Exhibit No. 1, you saw the car, and show me

5  which way it was traveling.

6     A  This is where I seen him come from, and

7  this is when he ended up at (indicating).

8     Q  So you have marked an arrow going from

9  Lexington and the intersection of North Gilmor

10 Street --

11    A  Yes.

12    Q  -- to Lexington --

13    A  Stricker.

14    Q  -- and the intersection of Stricker --

15    A  Yes.

16    Q  -- and then making a left on Stricker; is

17 that correct?

18    A  Yes.

19    Q  Okay.  Can you mark that -- mark the

20 beginning of where you started drawing, with "C1."

21    A  "C1," and "C2"?

22    Q  Correct.  So "C2," at the end.

1     A   (Complies.)

2     Q   Okay.  Can you describe the car that you

3  saw.

4     A   I know it was a Dodge.  I don't know what

5  kind of Dodge, though.

6     Q   Do you recall what color it was?

7     A   No, it was coming so fast, I ain't -- it

8  was coming so fast.

9     Q   Two door, or four door?

10    A   It was four.

11    Q   And it's coming from the direction of

12  Gilmor.  You said it was "coming fast."  Describe

13  what you saw it doing.

14    A   Like it was racing, that's how fast he was

15  going.  He made the left and that was it.

16    Q   Made the left on Stricker?

17    A   Yeah, made the left on Stricker, and that

18  was it right there (indicating).

19    Q   Was there anybody else outside on

20  Lexington at this point, with you, that you know

21  of, other than Alex?

22    A   It was just me and him.

1    Q   I'm sorry, I didn't hear you.

2    A   "It was just me and him."

3    Q   Just the two of you.

4    A   Everybody else was at the basketball court

5  at that time.

6    Q   All right.  So you saw this Dodge?

7    A   Yes.

8    Q   Was it dark, or light outside?

9    A   It was dark.

10   Q   It was dark out?

11   A   Yes.

12   Q   Were the streetlights on?

13   A   Yes.

14   Q   How was the lighting?  Do you remember the

15  light outside 1511 West Lexington that night?

16   A   You said the "lighting"?

17   Q   The lighting, yes.

18   A   What do you mean by that?

19   Q   Generally, were you able to see with the

20  street lights?  Was it dark, or light?

21   A   It was dark.

22   Q   Were there streetlights?

1      A   Yes.

2      Q   So you and Alex are still outside and

3   riding this bike.   Where are you in relation to --

4   in relation to the actual street; are you in the

5   street?

6      A   Yes.

7      Q   So you're --

8      A   But I was off the bike by the time the

9   incident happened.   I wasn't riding the bike

10  during that time.

11     Q   So where were you when you saw the car,

12  when you saw the Dodge?

13     A   I was standing on the curb by my house.

14     Q   Standing on the curb by your house?

15     A   Yes.   A couple of doors down.   I was on

16  the curb a couple houses down.

17     Q   "A couple houses down"?

18     A   Yes.

19     Q   So were you on the even, or odd side of

20  the street?

21     A   I was on the odd.

22     Q   And when you say "a couple houses down," a

1   "couple houses down," towards Stricker, or, "a

2   couple houses down," towards Gilmor?

3       A   Stricker.

4       Q   And where was Alex?

5       A   Same side as me.

6       Q   Where was the bike?

7       A   Same side as me on the side where I was

8   at.

9       Q   Was it with you?

10      A   Yes.

11      Q   So the two of you, no one else is on the

12  street?

13      A   No one else.

14      Q   You see the Dodge go by.  What was it --

15  you said it was "racing"?

16      A   Not racing, but, like, it was going fast

17  like they were trying to get away.

18      Q   Okay.  And what happened next?

19      A   They made the left on Stricker, and that

20  was it.

21      Q   Okay.  Was there any car behind it?

22      A   No.

1    Q  So there was never another car?

2    A  That's how fast it was going, there was no

3  car behind it.

4    Q  All right.  So this Dodge turns left on

5  Stricker, and then what happened?

6    A  I didn't see nobody.

7    Q  I'm sorry, I didn't catch that.

8    A  Once they made the left, the police came a

9  couple seconds later.

10    Q  Okay.  Where did the police come from?

11    A  The same way they come from.

12    Q  The same way the car came from?

13    A  Yes.

14    Q  All right.  Did you see the police car?

15    A  No.  I didn't see it until I got to the

16  house.  Until I got in my house -- I was going to

17  my house.  After the scene already happened, I was

18  going in the house.  I got upstairs and I turned

19  around, and there was a couple of them in my

20  house.

21    Q  All right.  So you and Mr. Courtney are

22  standing on the odd side of the street where you

1  told me you were standing?

2     A  Yes.

3     Q  You saw the Dodge come racing by and make

4  a left on Stricker?

5     A  Yes.

6     Q  How far up Stricker did it go; do you

7  know?

8     A  Right by the school.

9     Q  "Right by the school"?

10    A  Yes.

11    Q  On Exhibit No. 1, where you've marked

12 "C2," is that where it stopped?

13    A  Yeah.  Yes.

14    Q  That is where it stopped?

15    A  Yes.

16    Q  So did you see anything -- when it

17 stopped, did you see anything then?

18    A  No.

19    Q  All right.  And so -- but you saw it stop?

20    A  Yes.  No.  No.  But after that, the car

21 stopped around the corner, and as I was going in

22 the house, that's where the police were coming at.

1    Q  Okay.  If you didn't see it stop, how do

2  you know where it stopped?

3    A  Because that's where they turned at, and

4  that's where the police were after the scene.

5    Q  I didn't hear you, that's what?

6    A  That's where they turned at.  That was it.

7  They turned.

8    Q  They turned left onto Stricker?

9    A  Yes.

10    Q  How do you know -- if you didn't see the

11  car actually stop on Stricker, how do you know it

12  stopped on Stricker?

13    A  It was on Stricker.

14    Q  The last place you saw it was on Stricker?

15    A  Yes.

16    Q  Did you see it stop on Stricker?

17    A  When I was in the -- back when I was in

18  the car with the police, I seen the car on down

19  the street.

20    Q  Okay.  So what you're saying is, that you

21  saw this car turn left onto Stricker Street?

22    A  Yes.

```
1       Q   And when it turned, what did you do?

2       A   I went and started going in my house.

3       Q   Okay.  So it turned, you went back to your

4  house?

5       A   Yes.

6       Q   You didn't actually -- at that point, you

7  didn't see where it stopped; is that correct?

8       A   Yes.

9       Q   All right.  Okay.  And how did you get

10 back to your house?

11      A   I walked.

12      Q   You walked?

13      A   Yes.

14      Q   Before you got into your house, did you

15 see any police?

16      A   No.

17      Q   Did you see the police car before you got

18 into your house?

19      A   No.

20      Q   Did you see any other car, other than the

21 Dodge, before you got in your house?

22      A   No.  Well, the cars parked in front of the
```

1    house, but that's it.

2        Q   How many cars were parked out there?

3        A   I know it was -- well, my side had a

4    garage.  On the other side, they didn't have a

5    garage, so probably, like, eight cars right there

6    on the side.

7        Q   Okay.  So let me just make sure I

8    understand.  After you saw the Dodge, did you see

9    any other car following that Dodge?

10       A   No.

11       Q   Okay.  But there were cars parked --

12       A   Yes.

13       Q   -- on West Lexington?

14       A   Yes.

15       Q   Is Lexington two ways at the 1500 block?

16       A   Yes.

17       Q   Two-way street?

18       A   It's a two-way street, yes.

19       Q   So you're walking back to your house.

20           What's the next thing that happens?

21       A   I tripped up the steps, and I knocked

22   something over because I tripped, and I was

1    getting ready to see what it was, and they was

2    coming in my front door.

3         Q   All right.  So --

4             MR. JEFFRIES:  Mark this.

5             (Whereupon, the above-referenced document

6    was marked as Exhibit No. 2.)

7    BY MR. JEFFRIES:

8         Q   I'm showing you what's been marked as

9    Deposition Exhibit No. 2.

10            Do you see 1511 West Lexington Street on

11   Exhibit No. 2?

12        A   Mark it?

13        Q   Yes.  Would you mark it, please.

14        A   I'm trying to think.  Mark it as what?

15        Q   You can mark it with an X.

16        A   That wasn't like that before I moved.

17        Q   I'm sorry, what?

18        A   I just had a hard time, because the

19   background is different from before.

20        Q   It looks different?

21        A   Yeah.

22        Q   How so?

1    A   This garage was not that color.

2    Q   The garage is a different color?

3    A   Yeah.  That's the house, though.

4    Q   That's the house?

5    A   Because I don't -- this is the house right

6    here (indicating), but the garage was changed.

7    All of that wasn't like that before.

8    Q   Okay.  But that's the house, and those are

9    the windows?

10   A   Yes.

11   Q   And it had a garage?

12   A   Yes.

13   Q   It's just a different color?

14   A   Different color.

15   Q   So in this picture, you put an "X" on the

16   second house on the far right in Exhibit 2; is

17   that correct?

18   A   Yes.

19   Q   All right.  So where was Alex as you were

20   walking back to your house?

21   A   I don't recall.  He was still right there.

22   I know I was walking home.

1     Q   Did he walk back?

2     A   "Walk back," where?

3     Q   Did he walk towards your house?

4     A   No, he lived across the street.  He lived

5  right across the street.

6     Q   Okay.  Did he walk home?

7     A   Yes.

8     Q   All right.  Did you hear anybody say

9  anything to you before you got inside?

10    A   No.

11    Q   Do you know if anybody said anything to

12 you before you got inside?

13    A   No.

14    Q   You don't know?

15    A   No, I don't know.

16    Q   Okay.  So you got to your house.  Was your

17 door open?

18    A   Yes.  The screen door was always open the

19 whole time because I was outside.  The screen door

20 was closed and the front door was open.

21    Q   The screen door was closed, and the front

22 door was open?

1     A   Yes.

2     Q   So the screen door was closed, and what

3   happened next?

4     A   I was going up the steps.

5     Q   When I come in your house --

6     A   You come in the front door, there's a

7   garage door right here, and then you go straight

8   down was the laundry room, and my grandmother and

9   my brother was in that room.  And the stairs right

10  here by the front door, you go up the stairs, and

11  Shalip was upstairs in the kitchen (indicating).

12    Q   Okay.  So there's the front door, there's

13  a hallway --

14    A   A hallway, and the garage door on the

15  right side.

16    Q   Okay.  And on the left-hand side --

17    A   Is the stairs going upstairs.

18    Q   Is there a landing and, then, the stairs?

19    A   No, when you walk in the front door,

20  there's a place right there, like a walkway, and

21  the stairs are right there.

22    Q   Okay.  So you walk in the door, you turn

1  left, and you go up the steps?

2      A  No, the steps are on the left side, and

3  the garage door on the right side.  So when you

4  first walk in the door, you go to the left a

5  little bit and go up the stairs.

6      Q  I see.  So you open the door and you go

7  inside?

8      A  Yes.

9      Q  And you started to go up the steps; is

10  that what you said?

11      A  Yes.

12      Q  Keep going from there.

13      A  Once I tripped up the steps and turned

14  around, I turned around and there was a couple of

15  them coming in the house and telling me to get on

16  the ground.

17      Q  You "tripped" up the stairs, you said?

18      A  Yes.

19      Q  And you "turned around"?

20      A  Once I turned around, I noticed they were

21  coming in the house.

22      Q  Okay.  What did you see when you turned

1   around?

2       A   Cops.

3       Q   Okay.  How many officers did you see?

4       A   It was about five of them.

5       Q   Can you describe them?

6       A   No.  It's been a minute.

7       Q   I'm sorry, I couldn't hear you.

8       A   "No.  It's been a minute."

9       Q   Can you tell me anything about them?

10      A   No.

11      Q   Were they in uniform?

12      A   Yes.

13      Q   All of them?

14      A   Yes.

15      Q   Did you hear them say anything to you

16  before you turned around?

17      A   No.

18      Q   Do you know whether they did say anything

19  to you?

20      A   No.

21      Q   So you don't know one way or another?

22      A   I didn't even know they were there until I

1    turned around and they were coming in.

2        Q   What did you trip on?

3        A   I had a bucket of juice on the floor and

4    they were on the steps.

5        Q   You had what on the floor?

6        A   I had a bucket of juice.  I had a cup

7    right there on the steps, and when I was running

8    up the steps, I tripped over the cup.  That's what

9    made me turn around.

10       Q   Where, on the steps, was the cup?

11       A   The bottom of the steps.  Right before you

12   step, at the bottom.

13       Q   So you tripped at the very bottom?

14       A   Yes.

15       Q   And, then, did you get back to your feet?

16       A   No, I just started crawling up.  Because I

17   turned around as I was crawling up, I turned

18   around and saw the police started coming through

19   the door.

20       Q   And, then, you said you saw five officers,

21   all in uniform, in the house?

22       A   Yes.

1      Q   How big is the entrance area to the house?

2      A   It's very small.  It's not that big.

3          It's not that big.

4      Q   Where were those officers standing?

5      A   The front door.  They was coming -- the

6   front door is right there, and the stairs were

7   directly right there.

8      Q   Were they in the house, or were they at

9   the door?

10     A   There were in the house.

11     Q   Well, where were they all standing?

12     A   I didn't make it all the way up the steps.

13  I probably made it, like, four or five steps, and

14  they was right there trying to bring me down the

15  steps, pull me down the steps.

16     Q   Did you say anything?

17     A   I asked them what was going on, and they

18  were telling me to get on the ground and all that

19  stuff.

20     Q   You said, "What's going on."

21         Did you say anything else?

22     A   No.

1    Q  Did the officers say anything to you,

2  other than, Get on the ground?

3    A  There were pulling me down the steps, and

4  I was asking what's going on, and my grandmother

5  came out and asked the same thing.  And they

6  grabbed my brother.  And, then, my sister's

7  husband was upstairs cooking, and he came

8  downstairs, and they -- my sister's husband came

9  downstairs because he was in the kitchen, and I

10  guess he heard them trying to get me, and he came

11  downstairs.  And my brother and my grandmother was

12  in the laundry room, so they was right there, so

13  they weren't too far from the scene.

14        (Discussion off the record.)

15  BY MR. JEFFRIES:

16    Q  All right.  So you trip.  You're on the

17  steps, and you turn around?

18    A  Yes.

19    Q  You see the officers, you see the police,

20  and you said, What's going on, something along the

21  line, that's what you said to them?

22    A  Yes.

1     Q  And you said someone said, Get on the

2  ground?

3     A  Yes.

4     Q  And you're still on the steps at this

5  point?

6     A  Yes.

7     Q  And you're trying to go up the steps?

8     A  No.

9     Q  What are you doing?

10    A  I was holding on the railing because he

11  was pulling me by my feet, by my legs.  I was

12  holding on, so I won't --

13    Q  What were you holding on to?

14    A  The railing, the side of the railing.

15    Q  You were holding on to the --

16    A  The banister.

17    Q  You were holding on the banister?

18    A  Yes.

19    Q  Were you trying to get up the stairs?

20    A  No, I was trying to catch myself from them

21  pulling me down the steps.

22    Q  Okay.  How far up the steps were you at

1   this point?

2       A   Maybe five or six steps.

3       Q   Is that about halfway up, or less?

4       A   That's about halfway.

5       Q   About halfway up, okay.

6           And you were holding onto the banister?

7       A   Yes.

8       Q   What were the officers doing?

9       A   Trying to pull me down the steps.

10      Q   How?

11      A   By my feet -- by my legs.  They had my

12  legs and I finally let go.  They got me down and

13  tried to slam me in the front.

14      Q   Okay.  How many officers were pulling your

15  feet; do you know?

16      A   Maybe one or two.

17      Q   "One or two"?

18      A   Yes.

19      Q   Can you describe any of them?

20      A   (No response.)

21      Q   Can you describe them?

22      A   White officers.  That's all.  I just know

1   -- that's all I know.

2        Q   Do you know whether it was one, or whether

3   it was two?

4        A   It was one.

5        Q   "It was one"?

6        A   Yes.

7        Q   So there were five officers in, but one

8   officer at your feet; is that correct?

9        A   Yes.

10       Q   And what did that officer do, just pulled

11  your feet?

12       A   Yes.  He tried -- when I was holding on,

13  he was trying to get me to come downstairs; and I

14  finally let go, and once they got me, they tried

15  to slam me right there.

16       Q   So the officer -- when you were holding

17  onto the banister, did the officer do anything

18  other than pull your feet?

19       A   No.

20       Q   How long were you on the stairs before you

21  were at the bottom of the stairs?

22       A   Not even like a minute.  Not even a

1    minute.  As soon as I was ready to go upstairs, I

2    turned around and they were coming in the door.

3        Q  Okay.  So 30 seconds?

4        A  It happened so fast, I didn't -- it

5    happened so fast.

6        Q  It could have been faster than 30 seconds?

7        A  No, it was probably about 30 seconds.

8    Probably 30 seconds.

9        Q  So an officer is pulling your feet, and

10   you're holding on the banister, and you let go?

11       A  Yes.

12       Q  And you come to the bottom of the steps?

13       A  Yes.

14       Q  And are you standing?

15       A  Yes.

16       Q  And then what happened?

17       A  My brother came out, and my grandmother

18   came out.

19       Q  Were your brother and grandmother in the

20   same room; as far as you know?

21       A  Yes.  They was in the laundry room.

22       Q  Okay.  And the laundry was, when I

1   go in --

2       A  You come in the front door, you have the

3   garage doors, and where she's sitting

4   (indicating) --

5       Q  Where the reporter is?

6       A  Yeah, and the police was like -- where the

7   TV is at, that's where the laundry room is at

8   (indicating).

9       Q  Okay.  When they came out of the laundry

10  room, where were you?

11      A  By the front door.

12      Q  And what's the next thing that happened?

13      A  My sister's husband came from upstairs.

14      Q  And that's Mr. Fulton?

15      A  Yes.

16      Q  Okay.  What happened next?

17      A  They started to ask questions.

18      Q  Who started to ask questions?

19      A  My grandmother and my sister's husband.

20      Q  And when your grandmother and your brother

21  came out of the laundry room, you were standing in

22  front of the steps -- you were standing by the

1   door?

2       A   Yes.

3       Q   And when Mr. Fulton started asking

4   questions, where were you?

5       A   I was still by the front door.  They were

6   trying to get me out of the house, and my

7   grandmother was asking what was going on; and

8   then, finally, we went to outside and they put me

9   on ground.

10      Q   Okay.  So what do you recall your

11  grandmother saying when you were in the house?

12      A   (Inaudible.)

13          THE COURT REPORTER:  (Requests

14  clarification.)

15      A   What is all this for?  What's going on?

16          THE WITNESS:  I apologize.

17      Q   Do you recall her saying anything else?

18      A   No.

19      Q   What about Mr. Fulton; what do you recall

20  him saying, if anything, while you were in the

21  house?

22      A   Same thing.

1      Q  What about your brother, did he say

2   anything?

3      A  Yes.

4      Q  What do you recall your brother saying?

5      A  It was cussing words.

6      Q  Who was he cursing at?

7      A  The officers.

8      Q  What was he saying; do you know?

9      A  A lot of bad stuff.

10     Q  What do you recall him saying?

11        I appreciate it, but what do you recall

12   him saying?

13     A  Do you want me to say it?

14     Q  Yes.

15     A  The "B" word, and stuff like that.

16     Q  What do you recall -- I appreciate your

17   being polite, but what do you recall your brother

18   actually saying?

19     A  "Bitch," and stuff like that.

20     Q  Yelling at the officers?

21     A  Yes.

22     Q  And what else do you recall him yelling?

1    A   That's all.  It was different cuss words.

2    Q   Do you recall him saying anything other

3    than cursing?

4    A   That's it.

5    Q   He was just cursing?

6    A   Yes.

7    Q   Not asking why you were there, he was just

8    cursing?

9    A   Just cursing.

10    Q   And, all this time, you're still inside,

11    correct?

12    A   Yes.  And they finally took me outside,

13    and when they took me outside, they put Shalip in

14    cuffs and they put my brother in cuffs with me.

15    Q   So when you were inside, did you hear any

16    of the police officers say anything to you or your

17    grandmother or your brother?

18    A   I don't remember what they said, but they

19    were saying stuff to them.  But I don't remember

20    what they were saying.

21    Q   Okay.  Can you describe the officer or

22    officers that were speaking?

1      A   No, I don't know.  That's how --

2      Q   I'm sorry, I couldn't hear you.

3      A   No.

4      Q   All right.  How many officers were inside

5  at this point?

6      A   Five.

7      Q   You're saying "five. " Okay.

8          And were you standing with one officer?

9      A   There was a couple of them that grabbed

10  me, they grabbed me and roughed me and all that.

11     Q   How were they grabbing you?

12     A   By my clothes, and by my neck, and stuff

13  like that.

14     Q   How were they holding you?

15     A   One was on my shirt, trying to get me to

16  get on the ground and all that.  But they were

17  trying to slam me, so they would forcibly grab me,

18  and I let go.

19     Q   You "let go."  Where were you?

20     A   I just stopped resisting.  They were

21  trying to slam me, and I didn't want them to slam

22  me and stuff like that.

1     Q   And this was in the house?

2     A   Yes.

3     Q   So the officers were trying to get control

4   of you and you were "resisting"?

5     A   Yes.

6     Q   So the officers were trying to get

7   control, you're resisting.  You stop resisting,

8   and then what happens?

9     A   I get to the ground.

10    Q   Where?

11    A   Outside.

12    Q   So they took you out of the house?

13    A   Yes.

14    Q   All right.  And where -- what happened?

15    A   Through the house, straight to the ground.

16    Q   How?

17    A   Forcibly.

18    Q   Can you explain what happened.

19    A   Like, they put me on the ground, put my

20   hands behind my back.  Two of them on me.  One was

21   on my neck area, and one was pinning me down.

22    Q   How -- so how did you go to the ground?

1      A  They took me and grabbed me.

2      Q  Explain to me what happened, please.

3      A  They told me to get on the ground.  I got

4   on the ground.  Once I got on the ground, they put

5   my hands behind my back and all that.  Two of them

6   were on me.

7      Q  So the officer told you to get on the

8   ground and you got on the ground?

9      A  Yes.

10      Q  So they didn't physically take you to the

11   ground; they asked you to get on the ground, and

12   you got on the ground?

13      A  Yes.

14      Q  All right.  So the officer asked you to

15   get on the ground, and you get on the ground?

16      A  Yes.

17      Q  And what was the next thing the officer

18   said?

19      A  I don't remember that.  I don't remember.

20      Q  Okay.  What's the next thing you remember

21   happening?

22      A  I was on the ground, and two officers was

1    pinning me down.

2         Q   How were they holding you?

3         A   One was holding me by my back area, and

4    one was holding me around my neck area.

5         Q   How, physically, were they holding you?

6         A   Physically.

7         Q   How?  What were they doing?

8         A   My face was pinned to the ground.

9         Q   I didn't hear you.

10        A   I was pinned to the ground, like they were

11   forcibly holding me to the ground, tight.  I

12   couldn't move.

13        Q   You said one was on your back, and you

14   said one was --

15        A   Like, one was holding my legs and all

16   that, and one was up to the top.

17        Q   How were your legs being held?

18        A   I was laying face flat.  I was laying on

19   my stomach.

20        Q   Okay.  How were your legs being held?

21        A   They were holding down by my ankles.

22        Q   By your "ankles"?

1    A  Yes.

2    Q  Were you trying to kick your legs?

3    A  No.

4    Q  Okay.  So there's one officer to your

5 legs; can you describe that officer?

6    A  No.

7    Q  And where was the other officer,

8 physically?

9    A  He was like right here (indicating).  He

10 was holding my neck.  My neck was pinned to the

11 ground like this, so I really can't move.

12    Q  So he was holding your neck?

13    A  Yes.

14    Q  He had his hand by your neck?

15    A  Yes.

16    Q  And it was just his hand?

17    A  Yes.

18    Q  And the other officer was holding your

19 legs.  Was he just using his hands?

20    A  Yes.

21    Q  And then what happened?

22    A  I was on the ground for a minute.

1      Q   Now, I know people say "a minute."

2          How long were you on the ground; do you

3   know?

4      A   I was on the ground until they got me.

5   Probably, like, since the scene started.

6   Probably, like, 30 minutes; like they had me for a

7   minute.

8      Q   Were you in handcuffs?

9      A   No -- yes, I was in handcuffs.

10     Q   When were you put in handcuffs?

11     A   Once I got on the ground, they put me in

12   handcuffs.

13     Q   Once you got on the ground.  And, then,

14   when did you get off the ground?

15     A   When they put me in the back of the paddy

16   wagon.

17     Q   How were you -- you were transported from

18   the scene, obviously.  How?

19     A   First, it was -- first they were going to

20   lock me and my brother up.  But they let him go,

21   and they let Shalip go.  And they took me out of

22   the paddy wagon and they put me in one of the cop

1    cars, and I sat there over five minutes.  And

2    then...

3        Q  All right.  So there's an officer that was

4    holding your feet, and an officer holding the back

5    of your head, your neck; is that what you're

6    saying?

7        A  Yes.

8        Q  Did they do anything other than hold you?

9        A  No.

10       Q  That was it?

11       A  They just had me pinned to the ground.

12       Q  Can you describe any of those officers?

13       A  No.

14       Q  Okay.  Can you tell me, were they in

15   uniform, black, white -- anything?

16       A  Black.

17       Q  Those two officers were black?

18       A  No, you said what color uniform, or skin

19   complexion?

20       Q  Skin complexion.

21       A  White.

22       Q  "White."  Were they in uniform?

1     A   Yes.

2     Q   Did those officers say anything to you?

3     A   As far as what?

4     Q   Do you remember either of those officers

5  saying anything to you?

6     A   I don't remember.

7     Q   There was an officer that had your feet

8  when you were holding onto the bannister, correct?

9     A   Yes.

10    Q   Was that one of the officers that also

11 detained you outside?

12    A   I don't remember which cop it was.  I

13 don't know none of these faces; I don't remember

14 none of them.

15    Q   So you don't know, one way or another?

16    A   No.

17    Q   All right.  So you were handcuffed.  What

18 kind of handcuffs were you placed in; do you know?

19    A   The hard ones, metal.

20    Q   Metal handcuffs?

21    A   Yes.

22    Q   Do you recall being told you were under

1    arrest at any point?

2        A   I can't remember.

3        Q   Okay.  Do you remember saying anything to

4    the officers?

5        A   I asked them what was going on.

6        Q   Other than -- other than that -- because I

7    think you told me about that -- do you remember

8    them saying anything else?

9        A   That's it.  That's all I remember.

10       Q   You said you were physically resisting

11   them when they were trying to take control of you?

12       A   Yeah, down the steps.

13       Q   And, then, after that, when you were still

14   in the house, you were still resisting?

15       A   No, I wasn't.

16       Q   What were you doing?

17       A   They were standing there, arguing with my

18   brother, and they finally took me outside and all

19   that, pinning me to the ground, and put the

20   handcuffs on me.

21       Q   But when they took you outside, they asked

22   you to get on the ground, and you did?

1    A   Yes.

2    Q   You're not saying someone tackled you, or

3  anything like that?

4    A   No.

5    Q   You're not saying they punched you, or

6  anything like that?

7    A   But they were holding me hard.

8    Q   And I understand someone was holding you,

9  but you're not -- you're not saying someone was

10  kicking you or punching you?

11    A   Not punching, but pinning me down,

12  basically.

13    Q   Okay.  How many police officers were on

14  the scene outside of your house?

15    A   A lot.

16    Q   Okay.  Can you explain what you mean by "a

17  lot."

18    A   I know they had two helicopters out there

19  and 15 cop cars out there.  And they had the whole

20  street blocked off.

21    Q   They actually blocked off Lexington

22  Street?

1    A  Yeah.  Well, they just blocked off where I

2  marked, to the corner.

3    Q  So take a look for me at Exhibit 1, and

4  tell me -- you just said where you marked at.  So

5  I want to know which mark you're referring to on

6  Exhibit 1.

7    A  From the "A" -- well, from my house, they

8  had it blocked off to the corner of Stricker and

9  Lexington.

10    Q  Let me see.

11    A  My house is "C," that's C -- I mean "A."

12  Where I marked the first time, where you told me

13  to mark the first time.

14    Q  So between "A," and what's the other?

15    A  "B."

16    Q  "A," and "B"?

17    A  Yeah.

18    Q  Okay.  So helicopters, you said the police

19  cars.

20      If you answered it, I apologize:  How many

21  police do you think there were outside your house?

22    A  I would say, like, 20 or 25.  It was lot

1   of them.  Twenty or 25.  It was a lot of them.

2       Q  Were there other people, not police, not

3   you, outside?

4       A  Yeah, the people that were at the

5   basketball court, once they blocked the street off

6   and two helicopters, everybody started coming

7   around the corner.

8       Q  Do you know any of those people?

9       A  No.

10      Q  Where is the basketball court, by the way?

11         You don't have to mark it, you can just

12  tell me.

13      A  Right here (indicating).  Where that green

14  mark is at.  Right there.

15      Q  Can you -- let me see.

16         (Documents passed.)

17      Q  Oh, that mark either says, Vincent Street

18  Park, or MLK Rec Center.  That green mark.

19      A  Vincent Street Park.

20      Q  "Vincent Street Park."

21      A  Yeah, that little gray spot is the

22  basketball court.

1     Q  How many nonpolice officers did you see

2  outside your house?

3     A  The people that was outside running around

4  the neighborhood, a lot of them.  Like 50 people

5  -- more than that.  Like 50 or 60 people right

6  there.

7     Q  Did you know any of them?

8     A  No.

9     Q  What about any of your relatives, were

10 they outside?

11    A  No.  They were in the house with me, and

12 that was it.  My other relative was my mother.

13    Q  Okay.  So let me step back.  Your brother

14 is Demetri?

15    A  Yes.

16    Q  And you told me earlier -- or you started

17 to tell me earlier he was cursing at the police?

18    A  Yes.

19    Q  And what happened to him?

20      Well, let me ask:  Did you see what

21 happened to your brother?

22    A  Yes.

1      Q   Okay.  What happened to your brother?

2      A   They took him outside and put him in

3  cuffs; and Shalip as well.

4      Q   Do you know who took -- it was a police

5  officer that took him outside; is that fair?

6      A   Yes.

7      Q   Do you know who the police officer was?

8      A   No.

9      Q   Can you describe the police officer.

10     A   It was, like, a police officer.

11     Q   Was it one of the five people that was

12  inside?

13     A   Yes.

14     Q   Took him outside and put him in cuffs?

15     A   Yes.

16     Q   Did you see anything else?

17     A   No.  After we all got put in cuffs, we

18  were all outside together.  But I was on the

19  ground, and they were standing?

20     Q   They were "standing"?

21     A   Yeah.  "Yes."

22     Q   Okay.  Thank you.  And so what did you see

1    with Mr. Fulton and the police?  That's a really

2    bad question.

3          Did you see Mr. Fulton being taken out of

4    the house?

5       A  Yes.

6       Q  All right.  Where were you?

7       A  I was on the ground.

8       Q  You were on the ground?

9       A  Yeah.  As they were coming out, I was on

10   the ground.  And they were getting him in the

11   cuffs, and brung him out.  Once they brung my

12   brother out, they had grabbed me and him together

13   and put both of us in the paddy wagon.

14      Q  When you got on the ground, which way were

15   you facing?

16      A  I was facing this way (indicating).

17      Q  So the record is clear, were you facing

18   your house, or were you facing Lexington Street?

19      A  I was facing -- I was facing Lexington

20   Street.

21      Q  You were facing Lexington Street?

22      A  Yes.

1      Q   If you were facing Lexington Street, how

2  did you see -- you came out before Mr. Fulton or

3  your brother, Demetri?

4      A   Yes.

5      Q   If you were facing Lexington, how were you

6  able to see them come out?

7      A   Because I was right in front of my door,

8  and I was -- my head was on the ground and I was

9  flat on my stomach.  I glanced at my door.

10      Q   You were right outside your door.

11          Did they walk past you or something?

12      A   No, they were standing right there.

13  Because they had the street blocked off, so once

14  they come out of the house, they were standing

15  right there, and I was still on the ground.

16      Q   So they were standing in front of you?

17      A   Yes, with the other officers holding them

18  right there.

19      Q   All right.  So you saw the officers

20  standing in front of you, and you saw them cuffed?

21      A   Yes.

22      Q   And they weren't fighting, or anything

1    like that?

2        A   No.

3        Q   And that's your brother, Demetri, and

4    Mr. Fulton?

5        A   Yes.

6        Q   All right.  Did you talk to the officers,

7    at all, while you were on the ground?

8        A   No.

9        Q   Did they say anything to you while you

10   were on the ground?

11       A   Yes; I don't remember, but they were

12   saying something to me.

13       Q   What did they say?

14       A   I don't know.

15       Q   Did you say anything in response?

16       A   No.

17       Q   What about, were you were able to see your

18   brother, Demetri, or Mr. Fulton; were they talking

19   to the police?

20       A   Shalip was on the phone, asking for their

21   bosses, because he worked for the state attorney;

22   so he was talking to one of the sergeants.

1      Q  He worked for the state's attorney at the

2   time of the incident?

3      A  He worked for the city council at that

4   time, I think Nick Mosby.

5      Q  And who was he talking to; do you know?

6      A  He was speaking to another officer.

7      Q  Did you overhear any of his conversation?

8      A  No.

9      Q  How far away was Mr. Fulton from you?

10     A  Directly in front of the door.

11     Q  I don't know the door, so can you tell me

12  how many feet that is.

13     A  One feet.  I was directly right in front

14  of my door.

15     Q  So he's a foot away from you, but you

16  couldn't hear what he was saying?

17     A  No.

18     Q  How about your brother; what was your

19  brother doing?

20     A  He was standing.

21     Q  Did you hear him say anything?

22     A  No.

1      Q   Or do anything?

2      A   No.

3      Q   Did you hear anyone talking to him?

4      A   No.

5      Q   And how long was it before a transport

6   vehicle came; do you know?

7      A   No.

8      Q   You said your mother -- did your mother

9   come home?

10     A   Yes, she came home.  She came home while

11  the scene was going on.

12     Q   Was anybody else outside with your mother?

13     A   My uncle and my sister, I think.

14     Q   Who is your uncle?

15     A   Tayvon Davis [ph].

16     Q   Where did Mr. Davis live at this point?

17     A   He was back and forth, so I don't really

18  know.

19     Q   He was back and forth?

20     A   Yes.

21     Q   Was he ever living at 1511?

22     A   No.

1    Q   Do you know where he was -- okay.   Strike

2  that.

3        So your mother was with your uncle and who

4  else?

5    A   I think my sister; my older sister,

6  Kiara Fulton.

7    Q   Anyone else?

8    A   No.

9    Q   Where was your mother standing in relation

10  to you?

11    A   She was behind.   When she pulled up on the

12  scene, she was being me.

13    Q   She was "behind you."   That would make her

14  closer to your house, right?

15    A   No, closer to the street.

16    Q   Closer to the street?

17    A   Closer to Stricker.

18    Q   "Closer to Stricker"?

19    A   Yes.

20    Q   I don't understand what you mean.

21    A   She was behind me.   I was in front of my

22  house and she was a couple doors down, by

1    Stricker, because she pulled up and got out of the

2    car right there (indicating).  My mother was right

3    where that "B," is at.

4         Q   Your mother was right near that "B"?

5         A   Yeah.  She asked what was going on.

6         Q   And you were outside your front door?

7         A   Yes.

8         Q   And so it's your mother, your uncle, and

9    your sister were standing together?

10        A   Yes.

11        Q   So you were able to see them?

12        A   Yes.

13        Q   Even when you were on the ground?

14        A   Yes, at that time, they finally got me up.

15        Q   Were you able to see them when you were on

16   the ground?

17        A   Yeah.

18        Q   And, in answer to that, when I asked that

19   question, you said something else.  They got you

20   up -- what were you saying?

21        A   When they got me up, I could see them.

22   But when I got up, I could finally see a good

1    picture.

2        Q  I'm going to ask my question again,

3    because I didn't understand your answer.  So I

4    apologize.  I know you answered, but I'm trying to

5    understand.

6            When you were on the ground, could you see

7    your mother?

8        A  Yes.

9        Q  And when you got up, it was easier to see

10   her?

11       A  Yes.

12       Q  Is that what you were saying?

13       A  Yes.

14       Q  When you were on the ground, did you say

15   anything to your mother?

16       A  No.

17       Q  Did your mom say anything to you?

18       A  No.

19       Q  How about the other people she was with,

20   your uncle or sister, did they say anything to

21   you?

22       A  No.

1    Q   Did you say anything to them?

2    A   No.

3    Q   Were either of the three of them saying

4  anything to the officers?

5    A   Yes.

6    Q   What were they saying?

7    A   They were asking the same questions, they

8  asked what was going on.

9    Q   And did you hear any of the officers'

10  responses?

11    A   No.

12    Q   Do you know whether they responded?

13    A   Yes.

14    Q   So they did respond?

15    A   Yes.

16    Q   You just don't know what they said?

17    A   No.

18    Q   In this litigation, you sued a

19  Detective Sentz.  Can you tell me anything about

20  Detective Sentz?

21    A   No.

22    Q   Do you know whether Detective Sentz was

1  ever at 1511 West Lexington Street on the day of

2  the incident?

3      A  Yes.

4      Q  When?

5      A  On the scene.

6      Q  I'm sorry, I can't hear you.

7      A  During the accident.

8      Q  How do you know he was there during the

9  accident?

10      A  I remember the names.  I just don't

11  remember their faces.

12      Q  Right.  How do you --

13          MR. RADNER:  Can you speak up, please.  I

14  couldn't hear you.

15          THE WITNESS:  I just don't know any of

16  their faces.

17          MR. JEFFRIES:  Could you hear?

18          MR. RADNER:  Yeah, thank you.

19          THE WITNESS:  I don't remember their

20  faces.

21  BY MR. JEFFRIES:

22      Q  What did Detective Sentz do?

1      A  I don't know which cop grabbed me, but I

2   know one of the three cops grabbed me.

3      Q  One of the three?

4      A  Yes.

5      Q  You don't know which one?

6      A  No.

7      Q  When was Detective Sentz at 1511; do you

8   know?

9      A  During the accident.

10     Q  When did he arrive there?

11     A  He was one of the first cops on the scene.

12     Q  How do you know that?

13     A  Can we come back to that question?

14     Q  No.  How do you know?

15     A  I don't know.

16     Q  Okay.  How about Officer Perry, what did

17  Officer Perry do?

18     A  I don't know.

19     Q  Do you know whether he was ever at 1511?

20     A  I don't know.

21     Q  How about Officer Van Curan; what did

22  Officer Van Curan do?

1     A   I don't know.

2     Q   Do you know whether he was ever at 1511?

3     A   I don't know.

4     Q   You don't know?

5     A   I don't know.

6     Q   And for all of these questions -- I can

7   re-ask, but for all of these questions, I'm not

8   asking, ever, just generally, I mean, on the day

9   of the incident, okay?

10    A   Okay.

11    Q   Does that change any of your answers?

12    A   Say that one more time.

13    Q   Does that change any of your answers?

14    A   Before that.

15    Q   For the series of questions I just

16  asked --

17    A   You said you were going to ask me again,

18  and you said something about the date.

19    Q   For the series of questions that I just

20  asked you, I asked if you knew whether

21  Detective Sentz, Officer Perry, or

22  Officer Van Curan was ever at 1511 West Lexington

1    Street.  And what I'm saying was, when I asked the

2    question, I meant on the day of the incident, not

3    any other date or any other time during the year.

4         Does that change your answers to my

5    questions at all?

6    A  No.

7    Q  Okay.  Are there any pictures related to

8    this incident than you're aware off?

9    A  Yeah, my mother took pictures, but I don't

10   know where they at.

11   Q  Any others?

12   A  No.

13   Q  How about any video?

14   A  No.

15   Q  Did you ask for medical attention on the

16   scene?

17   A  No.

18   Q  Were you complaining of any injuries on

19   the scene?

20   A  My rib and my wrist.

21   Q  I'm sorry, I couldn't hear you.

22   A  My rib area and my wrist.

1    Q   Your "rib area"?

2    A   The right side, on the rib.

3    Q   And which wrist?

4    A   I think it was my right one.

5    Q   "Right"?

6    A   Yeah, both of them have been broke before,

7  so I don't know.

8    Q   I'm sorry, I couldn't hear you.

9    A   I messed both of them up before, so I

10 don't know.  I think it was the right, though.

11   Q   You said you've injured both of them

12 before?

13   A   Yeah, but I think it was the right one.

14   Q   How have you injured them before?

15   A   Football.

16   Q   What did you do?

17   A   Fell.  I fell and landed on my hand and

18 broke it.

19   Q   Okay.  What happened to your -- let's

20 start with your left wrist.  What injuries have

21 you had to your left wrist?

22   A   I had a fracture on my pinky and my bone

1  split apart.

2      Q   I heard you say a fracture to your left

3  pinky and a bone something?

4      A   A bone shifted apart.

5      Q   In your wrist, or in your left hand?

6      A   Like right here (indicating).

7      Q   So you're indicating an injury to between

8  the bone in your hand between your pinky and

9  left --

10     A   It was all right here.  All of this was

11 missed up (indicating).

12     Q   Did you injure your left wrist?

13     A   Yes.

14     Q   And when did that occur?

15     A   2014.

16     Q   "2014"?

17     A   Yes.

18     Q   When, in 2014?  Approximately when, in

19 2014?

20     A   I think, like, May.

21     Q   "May"?  Okay.

22     A   Around that time.

1      Q   And you were playing football?

2      A   Yes.

3      Q   And what about your right wrist.  Had you

4    injured it before August of 2014?

5      A   No.

6      Q   Since?

7      A   No.

8      Q   If we're talking about the correct wrist,

9    correct?

10     A   Yes.

11     Q   The injury that you're talking about to

12   your pinky and your wrist, did that resolve itself

13   eventually?

14     A   What?

15     Q   Did you get medical treatment?

16     A   Yes.  I had a cast on my arm.

17     Q   You had a cast on it for your pinky?

18     A   Yes.

19     Q   And for how long were you in a cast?

20     A   For a couple of weeks.

21     Q   "A couple weeks"?

22     A   A few weeks.

1      Q   What was the injury -- as a result of this

2   incident, what was the injury that you were

3   complaining about to your wrist?

4      A   It hurt.

5      Q   "It hurt"?

6      A   Yes.  Because the cuff was tight.

7      Q   It hurt from the cuffs?

8      A   Yes.

9      Q   And you said the right side of your ribs,

10  I think, is what you told me?

11     A   Yeah.  I had a bruise on my rib.

12     Q   From what; do you know?

13     A   The incident.  From being pinned down on

14  the ground.

15     Q   From being pinned down on the ground?

16     A   Yes.

17     Q   I don't think you testified that anybody

18  was on your back, though, so do you know how you

19  got the bruise?

20     A   I did.  I had one -- I had injured my rib.

21     Q   How -- strike that.

22         How did you injure that area?

1       A   From being on the ground.

2       Q   Okay.  I don't think -- when I asked you,

3   I think you testified that someone was holding

4   your feet, correct?

5       A   Yes.

6       Q   And you testified someone had a hand on

7   your neck area, correct?

8       A   Correct.

9       Q   Was that it?  There wasn't anybody else on

10  you?

11      A   That was it.

12      Q   And nobody kicked you or punched you or

13  anything like that?

14      A   No.

15      Q   Okay.  But did you -- it's your testimony

16  you injured your ribs during that?

17      A   Yes.

18      Q   Any other injuries that you complained of

19  at the scene?

20      A   No.

21      Q   Cuts, bumps, scrapes, bumps, bruises,

22  anything?

1      A   No.

2      Q   All right.  And you were asked if you

3   needed medical attention, correct?

4      A   Yes.

5      Q   And you said -- what did you say?

6      A   No.

7      Q   You were asked on the scene, correct?

8      A   Yes.

9      Q   You said a "yes"?

10     A   "Yes."

11     Q   You went -- where did you go, from

12  1511 West Lexington Street, to...?

13     A   Bookings.  I don't know the correct name

14  for it, but they took me downtown.

15     Q   How long were you there?

16     A   Four hours, four to five hours.

17     Q   Did you speak to anybody while you were

18  there?

19     A   The officers that were there.

20     Q   Did you have any complaints of pain when

21  you arrived there?

22     A   No.

1      Q   Was your picture taken when you were

2   there; do you remember?

3      A   Yes.  Like a mug shot?

4      Q   Yes.

5      A   Yes.

6      Q   Who transported you to booking; do you

7   know?

8      A   No.

9      Q   But you went in a patrol car?

10      A   Yes.

11      Q   When you were -- you were released after

12   four or five hours; is that correct?

13      A   Yes.

14      Q   Were you charged; do you know?

15      A   Yes.

16      Q   What were you charged with?

17      A   I don't remember.

18      Q   When you were released, to whom were you

19   released to?

20      A   My mother.

21      Q   Where were you -- when you were in

22   bookings, where, physically, were you?

1     A   In a holding cell.

2     Q   "A holding cell"?

3     A   Yes.

4     Q   Were there other people?

5     A   No.

6     Q   No other people?

7     A   No.

8     Q   How long were you in the holding cell?

9     A   Four or five hours.

10    Q   It was the whole time?

11    A   Yes.

12    Q   When you were being transported, do you

13 recall the officer talking to you?

14    A   Yes.

15    Q   What was the officer saying; do you

16 recall?

17    A   They were saying they seen me coming from

18 the scene, they said they got my fingerprints.

19 They seen me coming up the alley.

20    Q   Which alley?

21    A   Can I show you on paper?

22    Q   Yes.

1    A  It's like a little split in between the
2  alley and houses.
3    Q  Okay.  In between houses on what street?
4    A  West Lexington.
5    Q  Is it between Gilmor and Stricker?
6    A  Yeah, it's in between Gilmor and Stricker.
7  But it's like -- across from my house, and the
8  alley is across from my house and right here.
9  There's a little side split right there
10  (indicating) you can walk through to get to the
11  back houses.
12    Q  Across from your house?
13    A  Across the street from my house.
14    Q  Okay.  Going which direction, towards
15  Gilmor or Stricker?
16    A  Gilmor.
17    Q  Across the street from your house, so on
18  the even side?
19    A  It's two houses down, and there's a little
20  split right there.
21    Q  Between the even side houses on Lexington?
22    A  Yes.

1      Q   And that -- we'll call it an alley.

2      A   Yeah.

3      Q   Because it goes in which direction?

4      A   It goes down -- it's in the middle of

5  Gilmor.  I don't see no street right on here,

6  but...

7      Q   May I see Exhibit 1.

8          (Documents passed.)

9          Thanks.

10         So running parallel on Exhibit 1 --

11  running parallel to Lexington is Penrose Avenue.

12  Is that the alley that you're talking about?

13     A   It's right here (indicating).  This is the

14  alley that leads to -- this side alley leads right

15  here (indicating).

16     Q   And, to be clear, that is a street that is

17  below where Penrose is marked on Exhibit 1; is

18  that correct?

19     A   Yes.  And that's Alex's backyard.

20     Q   That's Alex's backyard?

21     A   Yeah.  That's the little split to go to

22  the back of the houses, the alley.

1     Q   Okay.  Thank you.  Do you recall what time

2   it was when you left booking with your mother?

3     A   3:00 in the morning, or 4:00.

4     Q   And where did you go?

5     A   Johns Hopkins Hospital.

6     Q   You went to Hopkins?

7     A   Yes.

8     Q   And when you went to Johns Hopkins, what

9   were your complaints?

10    A   Ribs and my wrist.  My ribs and my wrist.

11    Q   Okay.  Were you treated there?

12    A   Yes.

13    Q   Do you know what you were diagnosed with,

14  if anything?

15    A   No.  Nothing.

16    Q   All right.  Let me ask you a better

17  question:  Were you diagnosed as having sustained

18  any injury, when you were at Johns Hopkins?

19    A   Say that again.

20    Q   Sure.  Did anybody at Johns Hopkins

21  diagnose you as having any injury to your wrist?

22    A   Yes.

1      Q   Okay.  What was the injury?

2      A   Sprain.

3      Q   "Sprain"?

4      A   Yes.

5      Q   Sprain.  And that's just from the

6  handcuffs?

7      A   Yes.

8      Q   You didn't fall and/or hit it or anything?

9      A   No, but they were real tight.

10     Q   And what were you -- how were you treated

11 for that sprained wrist?

12     A   I don't remember.

13     Q   "Don't remember."

14         Did you have a splint, a cast?

15     A   It was a splint.

16     Q   How long?

17     A   I think it was about, like, a month.

18     Q   Did you play football in Bluford; is that

19 where you went to school?

20     A   I had played for a Pop Warner team.

21     Q   Did you play for Pop Warner in the fall?

22     A   Yes.

1      Q   And you played in September of 2014?

2      A   No.  I was going to high school at that

3   time.

4      Q   Did you play in high school?

5      A   Yes, 10th grade year.

6      Q   Tenth grade.  So you didn't play at all

7   when you were in ninth grade?

8      A   No.

9      Q   Why not?

10      A   The team sucked.

11         (Laughter.)

12      Q   I appreciate it.

13      A   For real.

14      Q   I understand.  I understand.

15         MR. JEFFRIES:  Off the record.

16         (Discussion off the record.)

17         MR. JEFFRIES:  We can go back on.

18   BY MR. JEFFRIES:

19      Q   Mr. Kimbrough, there was no medical reason

20   you did not play football in the fall of 2014,

21   correct?

22      A   Yes.

1    Q  Did you play football out of school in the

2  fall of 2014?

3    A  No.

4    Q  Was your wrist better after the time it

5  was in the splint?

6    A  Yes.

7    Q  Have you had any other problems with your

8  wrist that you're contending that are related to

9  this incident?

10    A  No.

11    Q  How about your ribs, did you receive any

12  treatment at Johns Hopkins for your ribs?

13    A  I didn't even get an x-ray for my ribs.

14  My ribs were bruised a little bit.

15    Q  I'm sorry, I heard "x-ray."

16    A  X-ray, and they told me my ribs were

17  bruised a little bit.

18    Q  Did you get any medication or anything?

19    A  No.

20    Q  How about for your wrist; did you get any

21  medication?

22    A  No.

1      Q   I'm assuming your ribs healed?

2      A   Yes.

3      Q   How long did that take?

4      A   A couple week.

5      Q   A few weeks?

6      A   Yeah.

7      Q   When did you -- is it fair to say they

8    were healed by Labor Day?

9      A   A little bit after.

10      Q   "A little bit after"?

11      A   Yes.

12      Q   Are you -- you're not claiming that you

13    are still experiencing any problems, physically,

14    relating to this incident now, are you?

15      A   No.

16      Q   Okay.  You don't remember what you were

17    charged with, you said, but what happened to those

18    charges; do you know?

19      A   They got dropped.

20      Q   When?

21      A   When I went to court on August 21st.

22      Q   You went to court August 21st of --

1      A   My birthday.

2      Q   -- of what year?  I'm sorry.

3      A   2014.

4      Q   And what happened?

5      A   They didn't show up.

6      Q   Who didn't show up?

7      A   The officers.

8      Q   Who told you that?

9      A   The judge told me, If they don't come in a

10   certain amount of time, it don't go on your

11   record.

12     Q   Do you remember the judge's name?

13     A   No.

14     Q   So it is your recollection that the

15   charges were dropped on August 21st of '14?

16     A   Yes.  They said it was no longer going to

17   be on my record.

18     Q   And that's because the officers didn't

19   show up; is that what you're saying?

20     A   Yes.

21     Q   Okay.  Other than the injury that we've

22   already talked about with your wrist and your rib,

1  are you claiming any other physical injuries as a

2  result of this incident?

3      A  No.

4      Q  Are you claiming anything else happened to

5  you as a result of this incident?

6      A  No.

7      Q  Is there any other injuries, physical or

8  mental, anything, that you're claiming as a result

9  of this incident?

10     A  No.

11     Q  Forgive me if I asked you this, had you

12  had any prior injury to your -- whichever wrist it

13  was that you hurt?

14     A  Like, recently?

15     Q  I'm sorry.  Before August of 2014, had you

16  had any injury to the wrist that you said you

17  hurt?

18     A  No.

19     Q  What position did you play in football?

20     A  I was playing defense.  Defensive end.

21     Q  You testified you went to Johns Hopkins?

22     A  Yes.

1    Q  I'm assuming you were there for a few

2  hours?

3    A  Yes.

4    Q  Have you been -- have you treated in any

5  other hospital for any other physical injuries in

6  the course of your life; do you remember?

7    A  No.

8    Q  Did you go to Johns Hopkins when you hurt

9  your pinky?

10   A  Yes.

11   Q  And that was also in 2014; is that right?

12   A  Yes.

13   Q  Did you seek any other treatment for your

14  wrist that you injured in this incident?

15   A  No.

16   Q  Or your rib?

17   A  No.  I just went to therapy.

18   Q  I'm sorry?

19   A  I went to therapy.

20   Q  You went to therapy?

21   A  Yes.

22   Q  Where did you go to therapy?

1      A   I don't remember.

2      Q   And which wrist were you going to have

3  therapy for?

4      A   My right one.

5      Q   Did you go to therapy when you injured

6  your pinky?

7      A   No. I went to therapy for both my ribs.

8      Q   You went to therapy -- what did you do in

9  therapy for your ribs?

10      A   They had the little heating pad for my

11  ribs.

12      Q   Heating pad -- I'm sorry, had you finished

13  your answer?

14      A   No.

15      Q   Go ahead.

16      A   They put something like -- they had a

17  heating pad on my ribs, and had me squeeze a

18  little ball in my hands.

19      Q   How many times did you go to therapy for

20  your ribs?

21      A   I went, like, twice a week.

22      Q   For how long?

1      A  For a month.

2      Q  For a month.  And how about for your

3  wrist?

4      A  Same thing.

5      Q  Can you tell me where the therapy place

6  was?

7      A  I think it was downtown -- no.  I don't

8  remember.  I don't remember.

9      Q  Do you remember the names of any of the

10  therapists?

11      A  No.

12      Q  Any other treatment?

13      A  No.

14      Q  Are you having any pain in your wrist or

15  ribs now?

16      A  No.

17      Q  Did it all resolved pretty quickly?

18      A  Yes.

19      Q  And you're not contending that there are

20  things you could do before the incident that you

21  can't do now, right?

22      A  No.

1        Q  When did you -- you lived at 7825 Foxfarm

2    Lane; is that right?

3        A  Correct.

4        Q  When did you live there?

5        A  I stayed there; I lived there in 2018.

6        Q  2018?

7        A  After I grew up from Pratt, I moved there.

8        Q  So I have that you lived at 1603 West

9    Pratt, correct?

10       A  Yes.

11       Q  And 1511 West Lexington, correct?

12       A  Yes.

13       Q  7825 Foxfarm Lane, Glen Burnie?

14       A  Yes.

15       Q  2155 Peters Creek Parkway [ph]?

16       A  Yes.

17       Q  When did you live there?

18       A  2018.

19       Q  I'm finishing up, so I'm jumping around a

20   bit in my questions.

21       A  Okay.

22       Q  You said that you saw -- you were on

1  Lexington near Stricker, and you saw that Dodge

2  turn left and you walked back to your house.

3      A  Yes.

4      Q  Why were you going back to your house?

5      A  I was ready to go in the house.

6      Q  You were going in the house?

7      A  Yes.

8      Q  Do you remember what you were going to

9  get?

10     A  I was going to get something out of the

11 refrigerator.

12     Q  Something out -- okay.

13        Now, no officer slammed you on the ground,

14 right?

15     A  No.

16     Q  "No," they didn't?

17     A  "No."

18     Q  No one was smashing your face into the

19 ground or anything?

20     A  No.

21     Q  Do you know why your brother and

22 Mr. Fulton were not arrested?

1     A   No, but I know they said I was driving and
2   they were the two passengers in the car.
3     Q   Who was saying you were driving?
4     A   The officers.  I don't know which officer,
5   but I know.
6     Q   When an officer said that to you, where
7   were you?
8     A   On the ground and on the floor -- I mean,
9   on the ground and in the patrol car.
10    Q   "The patrol car"?
11    A   Yeah.
12    Q   Have you seen any of your medical bills
13  from Johns Hopkins?
14    A   Say that again.
15    Q   Sorry.  Have you seen any of your medical
16  bills from Johns Hopkins, related to this
17  incident?
18    A   No.
19    Q   Do you know how much they are?
20    A   No.
21    Q   Are there any other damages you're seeking
22  as a result of this lawsuit?

1      A   No.

2          MR. RADNER:   Form and foundation.

3   BY MR. JEFFRIES:

4      Q   Do you understand what damages you are

5   seeking in this lawsuit?

6          MR. RADNER:   Form and foundation.

7      A   No.

8      Q   "No," you don't?

9      A   "No."   "No."

10     Q   You're saying you were physically injured,

11  right?

12     A   Right.

13     Q   And you told me the physical injuries?

14     A   Yes.

15     Q   Any other injuries?

16     A   No.

17     Q   Any emotional injuries or anything like

18  that?

19     A   No.

20         MR. RADNER:   Form and foundation.

21  BY MR. JEFFRIES:

22     Q   You're not suffering from any stress or

1    anxiety now, are you?

2          MR. RADNER:   Foundation.

3      A   Stress.

4      Q   Stress related to what?

5      A   Life.

6      Q   "Life"?

7      A   Uh-huh.

8      Q   Aside from -- okay.  What do you mean by

9    that?

10     A   Like, life is real hard right now.

11     Q   How so?

12     A   Work.

13     Q   But nothing having anything to do with

14   this incident, though, right?

15     A   No.

16     Q   Any anxiety related -- that you're saying

17   is related to this incident?

18     A   No.

19     Q   Do you have any fear of police that you're

20   saying is related to this incident?

21     A   Somewhat.

22     Q   Explain that.

1      A   Not really, but sometimes.

2      Q   "Not really, but sometimes"; is that what

3   you're saying?

4      A   Yes.

5      Q   Okay.  What do you mean?

6      A   No.

7      Q   "No," you're not?

8      A   No.

9      Q   Were you born in Baltimore?

10     A   Yes.

11     Q   Okay.  Did you receive, or did your mother

12  receive, any documents from the court when you

13  appeared in August of 2014; do you know?

14     A   No.

15     Q   You don't know, or, "No," she didn't?

16     A   I don't know.

17     Q   Did you receive any documents?

18     A   No.  Not that I remember.

19     Q   So you never saw a vehicle following

20  behind that Dodge vehicle, correct?

21     A   No.

22     Q   Nobody jabbed their knees -- no officer

1  jabbed their knees into your back, correct?

2      A   No.

3      Q   "No," they didn't?

4      A   No.

5      Q   No officer punched you?

6      A   No.

7      Q   Do you know David Smith?

8      A   "David Smith"?

9      Q   Yes.

10     A   No.

11     Q   And just to be clear, you don't -- you're

12  not aware of anything that Detective Sentz, in

13  particular, ever said to you, correct?

14     A   No, none of the officers.

15     Q   "None" of them, so the same for Mr. Perry?

16     A   Yes.

17     Q   And the same for Officer Van Curan?

18     A   Yes.

19         MR. JEFFRIES:  We can go off the record.

20  Let's take five.

21         (A recess was taken.)

22         (Back on the record at 4:13 p.m.)

1  BY MR. JEFFRIES:

2      Q   Mr. Kimbrough, I was able to get some of

3  your records from your counsel, from

4  Johns Hopkins, so I'm going to ask you some

5  questions about those and clean up where I was.

6  Okay?

7          Do you know -- you didn't have a watch on

8  at the time of the incident, right?

9      A   No.

10     Q   I'm just curious.  You thought you were on

11 the ground for half an hour; is that what you

12 said?

13     A   (Nods head up and down.)

14     Q   How did you know -- how did you measure

15 the time?

16     A   I was sitting there for a minute.

17     Q   You just remember it being a while?

18     A   Yes.

19     Q   Do you know how long you were there

20 though?

21     A   No.

22     Q   You don't, specifically, remember?

1      A   No.

2      Q   But it felt like a while?

3      A   Yes.

4      Q   You were on the ground until the transport

5  wagon came?

6      A   A little bit after.

7      Q   "A little bit after"?

8      A   Yes.

9      Q   Okay.  You said you went from booking to

10  -- did you go straight to Johns Hopkins?

11      A   Yes.

12      Q   "Yes"?

13      A   "Yes."

14      Q   And we were talking about injuries, prior

15  injuries, to your wrist, and it was your left you

16  told me you had a prior injury to; is that

17  correct?

18      A   Yes.

19      Q   All right.  Do you recall injuring your

20  left wrist in this incident?

21      A   Yes.

22      Q   Do you recall complaining about pain in

1    your left wrist?

2        A   No.

3        Q   Do you remember complaining of pain in

4    your jaw or mouth?

5        A   No.

6        Q   How about your right knee?

7        A   No.

8        Q   And I heard your testimony, you weren't

9    knocked to the ground or anything?

10       A   No.

11       Q   And you weren't chased by anyone, correct?

12       A   No.

13       Q   Forgive me, I'm reading through this as

14   I'm asking you.

15       A   Okay.

16       Q   In 2014, did you have a regular physician

17   that you went to see?

18       A   No, I don't remember.

19       Q   You "don't remember"?

20       A   I don't remember.

21       Q   Do you know whether you saw a pediatrician

22   when you were that age?

1      A   I don't remember.

2      Q   Have you told me everything, to your

3  recollection, the police officers did to you

4  physically?

5      A   Yes.

6      Q   And you told me about every complaint of

7  pain that you had?

8      A   Yes.

9      Q   Any bruising and scrapes, anything like

10 that?

11     A   Yes.

12     Q   You did have that?

13     A   No.

14     Q   You didn't?

15     A   No.

16     Q   Do you remember -- you said you had some

17 therapy after the incident.  Do you remember who

18 prescribed that therapy for you?

19     A   No.

20     Q   Do you remember where the person was?

21     A   No.

22     Q   Do you remember going to see -- after you

1    left Johns Hopkins in August, whatever date, do

2    you remember going to see another doctor about

3    your injury?

4        A   No.

5        Q   When did you do the therapy; do you

6    remember?

7        A   I don't remember none of that stuff.  It

8    happened so long ago, so I don't remember.

9        Q   Did you do it before you returned to

10   school?

11       A   Yeah, I think so.  I think I was going to

12   school.  I don't remember though.  It's been so

13   long, I don't remember.

14       Q   And I know it was a long time ago, but you

15   remember it happened to you, right?

16       A   Yes.

17       Q   And you told me --

18       A   Yes.

19       Q   -- you told me all of your injuries?

20       A   Yes.

21       Q   And you told me about that?

22       A   Yes.

1      MR. JEFFRIES:  Thank you for your time,

2  sir.  Those are my questions.

3      MR. RADNER:  I have just some very brief

4  follow-up.

5                    EXAMINATION

6  BY MR. SOLOMON M. RADNER:

7   Q  What were the results of the criminal

8  charges; do you remember?

9   A  No. No.

10   Q  Did you have -- did you plead guilty or no

11  contest to anything?

12   A  I don't remember.

13   Q  Were you on probation; do you remember

14  that?

15   A  No.  I remember when I went to court,

16  before I went to court, I went to see some lady, I

17  think on the same day I got out.  She told me I

18  had court on my birthday, and when I went to

19  court, I was in court.  I got there and showed up,

20  and the judge said, In 15 minutes, if neither one

21  of the officers shows up, this will no longer be

22  on your record and this will be cleared from off

1    the books.  So that was it and I left court.

2        Q  So there was just that one time, no

3    officers showed up, and you never went back to

4    court after that?

5        A  No.  No.

6        Q  And you said that was on your birthday?

7        A  Yes.

8        Q  When's your birthday?

9        A  Fifteenth birthday, August 21st, 1999.

10       Q  Well, happy late birthday.

11       A  Thank you.

12           MR. RADNER:  I'm only a few weeks late.

13           Thank you for your time.  I appreciate it.

14           MR. JEFFRIES:  You're done.  Except -- I'm

15   sorry.

16           MR. RADNER:  We're going to read and sign.

17           MR. JEFFRIES:  Standing order.

18           MR. RADNER:  PDF for me, please.

19                (Concluded at 4:21 p.m.)

20

21

22

1                ACKNOWLEDGMENT OF DEPONENT

2

3        I, DARIUS KIMBROUGH, do hereby acknowledge

4    that I have read and examined the foregoing

5    testimony and the same is a true, correct, and

6    complete transcription of the testimony given by

7    me and any corrections appear on the attached

8    errata sheet signed by me.

9

10    _____      _____

11        (SIGNATURE)                    (DATE)

12

13

14

15

16

17

18

19

20

21

22

1   CERTIFICATE OF SHORTHAND REPORTER-NOTARY PUBLIC

2

3      I, Deborah Pearce, the officer before whom the

4   foregoing deposition was taken, do hereby certify

5   that the foregoing transcript is a true

6   and correct record of the testimony given; that

7   said testimony was taken by me stenographically

8   and thereafter reduced to typewriting under my

9   supervision; that reading and signing was

10  requested; and that I am neither counsel for,

11  related to, nor employed by any of the parties to

12  this case and have no interest, financial or

13  otherwise, in its outcome.

14     IN WITNESS WHEREOF, I have hereunto set my hand

15  and affixed my notarial seal this 17th day of

16  September, 2020.

17

18  _____

19     DEBORAH J. PEARCE, Notary Public
       State of Maryland
20     My commission expires 8-19-2023
       Commonwealth of Virginia
21     My commission expires 8-31-2023

22

**A**

**ability**
21:11, 22:6
**able**
47:16, 58:19,
98:6, 99:17,
103:11, 103:15,
137:2
**about**
12:22, 14:6,
16:4, 16:6,
16:14, 16:20,
17:2, 17:6,
17:10, 17:14,
17:17, 17:19,
17:21, 18:5,
18:15, 18:17,
19:3, 19:4,
19:7, 19:19,
23:9, 32:8,
32:16, 38:19,
43:2, 52:17,
71:4, 71:9,
76:3, 76:4,
76:5, 78:7,
80:19, 81:1,
91:7, 95:9,
99:17, 100:18,
104:19, 105:19,
107:16, 107:21,
108:18, 109:13,
112:3, 112:8,
112:11, 113:3,
119:12, 121:17,
123:11, 123:20,
125:22, 129:2,
137:5, 138:14,
138:22, 139:6,
140:6, 141:2,
141:21
**above-referenced**
53:10, 66:5
**academy**
25:19, 25:20
**access**
47:14
**accident**
19:22, 33:11,

33:14, 34:2,
34:4, 34:5,
35:9, 106:7,
106:9, 107:9
**acknowledge**
144:3
**acknowledgment**
144:1
**across**
5:21, 48:5,
68:4, 68:5,
118:7, 118:8,
118:12, 118:13,
118:17
**actual**
43:6, 59:4
**actually**
63:11, 64:6,
81:18, 92:21
**address**
11:14, 48:6
**affirmed**
5:3
**affixed**
145:15
**after**
46:14, 47:20,
48:12, 50:4,
61:17, 62:20,
63:4, 65:8,
91:13, 96:17,
116:11, 123:4,
124:9, 124:10,
130:7, 138:6,
138:7, 140:17,
140:22, 143:4
**afternoon**
5:7
**again**
8:22, 9:6,
22:3, 104:2,
108:17, 120:19,
132:14
**age**
27:4, 32:20,
139:22
**ago**
35:22, 36:1,

41:22, 141:8,
141:14
**ahead**
31:20, 128:15
**ain't**
25:2, 57:7
**al**
1:7
**alex**
46:15, 46:18,
46:22, 47:19,
48:3, 48:9,
48:12, 53:3,
57:21, 59:2,
60:4, 67:19
**alex's**
46:16, 119:19,
119:20
**all**
6:7, 6:17,
7:13, 10:11,
18:9, 19:2,
21:7, 21:17,
26:2, 26:22,
28:3, 28:4,
29:17, 30:7,
31:3, 32:5,
36:3, 36:6,
39:3, 40:21,
43:2, 44:8,
49:6, 53:8,
53:9, 58:6,
61:4, 61:14,
61:21, 62:19,
64:9, 66:3,
67:7, 67:19,
68:8, 71:13,
72:21, 73:11,
73:12, 73:18,
74:16, 76:22,
77:1, 80:15,
82:1, 82:10,
83:4, 83:10,
83:16, 84:14,
85:5, 85:14,
86:15, 89:3,
90:17, 91:9,
91:18, 96:17,

96:18, 97:6,
98:19, 99:6,
99:7, 108:6,
108:7, 109:5,
111:10, 115:2,
120:16, 122:6,
129:17, 138:19,
141:19
**alley**
117:19, 117:20,
118:2, 118:8,
119:1, 119:12,
119:14, 119:22
**along**
74:20
**already**
6:10, 9:22,
54:3, 54:9,
61:17, 125:22
**also**
90:10, 127:11
**alternative**
26:20, 26:21
**always**
23:8, 51:14,
68:18
**amount**
125:10
**ankles**
86:21, 86:22
**another**
37:15, 61:1,
71:21, 90:15,
100:6, 141:2
**answer**
6:21, 7:10,
7:15, 22:3,
29:21, 103:18,
104:3, 128:13
**answered**
93:20, 104:4
**answering**
7:3
**answers**
108:11, 108:13,
109:4
**anxiety**
134:1, 134:16

**any**
8:11, 9:8,
9:17, 9:20,
10:22, 13:17,
13:21, 16:2,
16:4, 16:6,
16:11, 16:13,
16:16, 16:18,
17:2, 18:5,
23:17, 23:18,
24:12, 28:7,
29:2, 30:7,
30:16, 32:7,
32:22, 33:3,
33:9, 33:15,
34:6, 52:9,
60:21, 64:15,
64:20, 65:9,
76:19, 82:15,
89:12, 91:1,
94:8, 95:7,
95:9, 100:7,
105:9, 106:15,
108:11, 108:13,
109:3, 109:7,
109:11, 109:13,
109:18, 114:18,
115:20, 120:18,
120:21, 123:7,
123:11, 123:18,
123:20, 124:13,
126:1, 126:7,
126:12, 126:16,
127:4, 127:5,
127:13, 129:9,
129:12, 129:14,
132:12, 132:15,
132:21, 133:15,
133:17, 133:22,
134:16, 134:19,
135:12, 135:17,
140:9, 144:7,
145:11

**anybody**
18:16, 19:4,
35:16, 49:6,
57:19, 68:8,
68:11, 101:12,
113:17, 114:9,
115:17, 120:20

**anyone**
9:14, 14:5,
101:3, 102:7,
139:11

**anything**
7:18, 8:3, 9:2,
21:8, 21:10,
22:6, 28:8,
28:10, 28:19,
32:12, 33:11,
35:6, 46:11,
62:16, 62:17,
68:9, 68:11,
71:9, 71:15,
71:18, 73:16,
73:21, 74:1,
77:17, 80:17,
80:20, 81:2,
82:2, 82:16,
89:8, 89:15,
90:2, 90:5,
91:3, 91:8,
92:3, 92:6,
96:16, 98:22,
99:9, 99:15,
100:21, 101:1,
104:15, 104:17,
104:20, 105:1,
105:4, 105:19,
114:13, 114:22,
120:14, 121:8,
123:18, 126:4,
126:8, 131:19,
133:17, 134:13,
136:12, 139:9,
140:9, 142:11

**anywhere**
38:4, 38:10,
38:20, 48:18

**apart**
16:2, 111:1,
111:4

**apologize**
80:16, 93:20,
104:4

**appear**
144:7

**appeared**
135:13

**appearing**
3:3

**applied**
32:3

**appreciate**
81:11, 81:16,
122:12, 143:13

**approximately**
10:14, 111:18

**april**
31:9, 31:11,
31:17, 31:18

**area**
73:1, 84:21,
86:3, 86:4,
109:22, 110:1,
113:22, 114:7

**arguing**
91:17

**arises**
18:21

**arm**
112:16

**around**
34:11, 38:12,
43:17, 43:20,
44:13, 52:20,
53:4, 54:14,
61:19, 62:21,
70:14, 70:19,
70:20, 71:1,
71:16, 72:1,
72:9, 72:17,
72:18, 74:17,
78:2, 86:4,
94:7, 95:3,
111:22, 130:19

**arrest**
91:1

**arrested**
131:22

**arrive**
107:10

**arrived**
115:21

**arrow**
56:8

**aside**
134:8

**asked**
6:10, 16:20,
18:15, 44:3,
73:17, 74:5,
85:11, 85:14,
91:5, 91:21,
103:5, 103:18,
105:8, 108:16,
108:20, 109:1,
114:2, 115:2,
115:7, 126:11

**asking**
6:13, 7:14,
7:15, 19:2,
28:17, 29:20,
44:11, 74:4,
80:3, 80:7,
82:7, 99:20,
105:7, 108:8,
139:14

**asserted**
33:9, 33:15

**assuming**
124:1, 127:1

**attached**
144:7

**attend**
26:3

**attended**
25:4

**attention**
109:15, 115:3

**attorney**
9:11, 9:18,
16:9, 17:9,
19:5, 99:21,
100:1

**attorneys**
17:7, 18:16

**august**
19:20, 20:2,
20:3, 21:2,
29:14, 30:2,
41:22, 42:2,
112:4, 124:21,
124:22, 125:15,

126:15, 135:13,
141:1, 143:9
**avenue**
119:11
**aware**
33:17, 109:8,
136:12
**away**
60:17, 100:9,
100:15
**awesome**
8:20
**awg**
32:19

**B**

**b**
55:7, 55:9,
81:15, 93:15,
93:16, 103:3,
103:4
**b-l-u-f-o-r-d**
25:16
**back**
47:3, 49:22,
50:10, 50:16,
63:17, 64:3,
64:10, 65:19,
67:20, 68:1,
68:2, 72:15,
84:20, 85:5,
86:3, 86:13,
88:15, 89:4,
95:13, 101:17,
101:19, 107:13,
113:18, 118:11,
119:22, 122:17,
131:2, 131:4,
136:1, 136:22,
143:3
**background**
24:14, 66:19
**backyard**
119:19, 119:20
**bad**
81:9, 97:2
**ball**
128:18

**baltimore**
1:12, 2:4, 2:6,
3:20, 11:19,
15:22, 24:8,
25:12, 35:10,
35:12, 38:21,
38:22, 46:5,
46:7, 135:9
**banister**
75:16, 75:17,
76:6, 77:17,
78:10
**bannister**
90:8
**barbara**
14:7, 49:12
**basically**
92:12
**basketball**
51:15, 58:4,
94:5, 94:10,
94:22
**because**
6:5, 26:12,
48:7, 63:3,
65:22, 66:18,
67:5, 68:19,
72:16, 74:9,
75:10, 91:6,
98:7, 98:13,
99:21, 103:1,
104:3, 113:6,
119:3, 125:18
**been**
5:3, 23:1,
32:22, 33:6,
33:11, 34:1,
34:3, 35:20,
50:22, 66:8,
71:6, 71:8,
78:6, 110:6,
127:4, 141:12
**before**
2:9, 12:3,
12:12, 12:18,
21:4, 22:12,
22:13, 22:14,
22:15, 23:6,

29:21, 31:12,
33:6, 37:20,
38:4, 38:10,
38:20, 39:3,
43:6, 44:4,
46:11, 47:16,
64:14, 64:17,
64:21, 66:16,
66:19, 67:7,
68:9, 68:12,
71:16, 72:11,
77:20, 98:2,
101:5, 108:14,
110:6, 110:9,
110:12, 110:14,
112:4, 126:15,
129:20, 141:9,
142:16, 145:3
**beginning**
56:20
**behalf**
3:3, 3:13,
18:10, 20:13,
33:16
**behavior**
30:13, 30:15,
30:16, 30:17
**behavioral**
28:7, 29:2
**behind**
60:21, 61:3,
84:20, 85:5,
102:11, 102:13,
102:21, 135:20
**being**
20:17, 20:18,
33:14, 35:2,
81:17, 86:17,
86:20, 90:22,
97:3, 102:12,
113:13, 113:15,
114:1, 117:12,
137:17
**belair**
35:13
**below**
119:17
**best**
6:10

**better**
29:13, 39:13,
39:15, 40:6,
120:16, 123:4
**between**
34:9, 41:18,
42:6, 51:9,
55:9, 93:14,
111:7, 111:8,
118:1, 118:3,
118:5, 118:6,
118:21
**beverages**
36:16
**big**
73:1, 73:2,
73:3
**bigger**
52:12
**bike**
43:14, 43:16,
44:1, 44:9,
44:12, 44:16,
44:19, 45:1,
45:2, 45:16,
45:21, 47:22,
48:1, 48:13,
53:2, 59:3,
59:8, 59:9, 60:6
**bills**
132:12, 132:16
**birth**
23:20
**birthday**
20:22, 21:2,
125:1, 142:18,
143:6, 143:8,
143:9, 143:10
**bit**
8:17, 70:5,
123:14, 123:17,
124:9, 124:10,
130:20, 138:6,
138:7
**bitch**
81:19
**black**
51:9, 89:15,

89:16, 89:17
**block**
65:15
**blocked**
92:20, 92:21,
93:1, 93:8,
94:5, 98:13
**blue**
51:9
**bluford**
25:8, 25:10,
25:14, 26:10,
26:14, 27:12,
28:6, 28:20,
29:5, 30:5,
31:1, 121:18
**blunt**
23:12
**blunts**
23:13, 23:16
**bone**
110:22, 111:3,
111:4, 111:8
**booking**
116:6, 120:2,
138:9
**bookings**
115:13, 116:22
**books**
143:1
**born**
24:7, 135:9
**bosses**
99:21
**both**
6:9, 97:13,
110:6, 110:9,
110:11, 128:7
**bottom**
72:11, 72:12,
72:13, 77:21,
78:12
**branch**
12:8
**break**
7:13, 7:16
**brief**
142:3

**bring**
11:10, 50:10,
73:14
**broke**
110:6, 110:18
**brother**
14:1, 17:19,
19:12, 49:9,
69:9, 74:6,
74:11, 78:17,
78:19, 79:20,
81:1, 81:4,
81:17, 82:14,
82:17, 88:20,
91:18, 95:13,
95:21, 96:1,
97:12, 98:3,
99:3, 99:18,
100:18, 100:19,
131:21
**brother-in-law**
14:10, 14:11,
49:8
**bruise**
113:11, 113:19
**bruised**
123:14, 123:17
**bruises**
114:21
**bruising**
140:9
**brung**
97:11
**bs**
29:6, 29:7
**bucket**
72:3, 72:6
**building**
4:15
**bumps**
114:21
**burnie**
130:13

---
**C**
---
**c**
93:11
**c1**
56:20, 56:21

**c2**
56:21, 56:22,
62:12
**call**
119:1
**called**
37:17
**came**
49:22, 50:17,
61:8, 61:12,
74:5, 74:7,
74:8, 74:10,
78:17, 78:18,
79:9, 79:13,
79:21, 98:2,
101:6, 101:10,
138:5
**can't**
6:5, 25:9,
26:22, 87:11,
91:2, 106:6,
129:21
**cans**
36:20, 36:21
**car**
31:12, 33:11,
33:14, 34:1,
34:13, 34:15,
34:21, 34:22,
35:2, 35:3,
53:3, 55:16,
55:18, 56:4,
57:2, 59:11,
60:21, 61:1,
61:3, 61:12,
61:14, 62:20,
63:11, 63:18,
63:21, 64:17,
64:20, 65:9,
103:2, 116:9,
132:2, 132:9,
132:10
**carolina**
12:4, 12:5,
12:6, 12:9,
15:11, 28:4,
37:21, 37:22,
38:7, 39:20,

39:22
**cars**
34:14, 35:1,
35:4, 64:22,
65:2, 65:5,
65:11, 89:1,
92:19, 93:19
**case**
1:6, 9:18,
9:21, 11:1,
16:4, 16:7,
16:14, 17:3,
17:6, 17:10,
17:15, 18:3,
20:13, 32:8,
145:12
**cast**
112:16, 112:17,
112:19, 121:14
**catch**
15:6, 61:7,
75:20
**ccb**
1:7
**cell**
117:1, 117:2,
117:8
**center**
94:18
**certain**
125:10
**certificate**
145:1
**certify**
145:4
**change**
108:11, 108:13,
109:4
**changed**
67:6
**charged**
116:14, 116:16,
124:17
**charges**
124:18, 125:15,
142:8
**chased**
139:11

children
24:12
chris
5:12
christopher
3:16, 4:7, 5:6
chubby
51:19
city
11:18, 26:7,
26:8, 26:11,
26:19, 26:20,
27:13, 27:14,
27:16, 46:4,
46:8, 100:3
cjeffries@kg-law
3:22
claim
33:15
claiming
124:12, 126:1,
126:4, 126:8
claims
33:9
clarification
8:1, 54:22,
80:14
classes
25:6
clean
137:5
clear
22:4, 52:10,
97:17, 119:16,
136:11
cleared
142:22
clearly
8:13, 8:18
closed
68:20, 68:21,
69:2
closer
102:14, 102:15,
102:16, 102:17,
102:18
clothes
83:12

color
51:8, 51:10,
51:11, 57:6,
67:1, 67:2,
67:13, 67:14,
89:18
com
3:11, 3:22
come
36:21, 50:16,
50:19, 53:3,
56:6, 61:10,
61:11, 62:3,
69:5, 69:6,
77:13, 78:12,
79:2, 98:6,
98:14, 101:9,
107:13, 125:9
coming
21:1, 50:10,
50:12, 55:21,
57:7, 57:8,
57:11, 57:12,
62:22, 66:2,
70:15, 70:21,
72:1, 72:18,
73:5, 78:2,
94:6, 97:9,
117:17, 117:19
commission
145:21, 145:23
commonwealth
2:11, 145:22
company
37:1, 37:17
complain
34:6
complained
114:18
complaining
109:18, 113:3,
138:22, 139:3
complaint
18:9, 18:10,
20:12, 140:6
complaints
115:20, 120:9
complete
144:6

complexion
89:19, 89:20
complies
55:8, 57:1
concluded
143:19
contending
123:8, 129:19
contest
142:11
control
84:3, 84:7,
91:11
conversation
100:7
convicted
32:22
cook
13:10, 13:12,
13:13
cooking
74:7
cop
88:22, 90:12,
92:19, 107:1
cops
71:2, 107:2,
107:11
copy
11:5, 20:12
corner
62:21, 93:2,
93:8, 94:7
correct
18:22, 19:1,
31:1, 40:15,
56:17, 56:22,
64:7, 67:17,
77:8, 82:11,
90:8, 112:8,
112:9, 114:4,
114:7, 114:8,
115:3, 115:7,
115:13, 116:12,
119:18, 122:21,
130:3, 130:9,
130:11, 135:20,
136:1, 136:13,

138:17, 139:11,
144:5, 145:6
corrections
144:7
correctly
45:11
could
26:17, 26:18,
78:6, 103:21,
103:22, 104:6,
106:17, 129:20
couldn't
8:13, 34:20,
45:5, 71:7,
83:2, 86:12,
100:16, 106:14,
109:21, 110:8
council
100:3
counsel
8:15, 32:21,
137:3, 145:10
couple
6:3, 10:16,
22:13, 22:14,
34:14, 35:1,
35:4, 37:6,
41:21, 45:22,
47:3, 59:15,
59:16, 59:17,
59:22, 60:1,
60:2, 61:9,
61:19, 70:14,
83:9, 102:22,
112:20, 112:21,
124:4
course
22:18, 127:6
court
1:1, 5:20, 8:1,
11:15, 11:17,
11:21, 14:20,
20:6, 54:21,
56:1, 58:4,
80:13, 94:5,
94:10, 94:22,
124:21, 124:22,
135:12, 142:15,

142:16, 142:18,
142:19, 143:1,
143:4
**courtney**
46:17, 48:10,
51:13, 51:17,
61:21
**cousin's**
45:2, 45:3
**crawling**
72:16, 72:17
**creative**
53:18
**credits**
26:12, 26:13,
27:1, 27:10
**creek**
130:15
**crimes**
33:1
**criminal**
142:7
**cs**
29:6, 29:7
**cuff**
113:6
**cuffed**
98:20
**cuffs**
82:14, 96:3,
96:14, 96:17,
97:11, 113:7
**cup**
72:6, 72:8,
72:10
**curan**
3:14, 107:21,
107:22, 108:22,
136:17
**curb**
59:13, 59:14,
59:16
**curious**
137:10
**current**
11:14
**currently**
21:9, 22:5,

24:21, 35:18,
36:9
**cursing**
81:6, 82:3,
82:5, 82:8,
82:9, 95:17
**cuss**
82:1
**cussing**
81:5
**cuts**
114:21

---

**D**

**d-r-e-w**
25:16
**damages**
132:21, 133:4
**darius**
1:4, 1:11, 2:1,
3:4, 4:3, 5:2,
5:9, 8:17,
32:15, 144:3
**dark**
43:18, 43:21,
51:10, 51:11,
58:8, 58:9,
58:10, 58:20,
58:21
**date**
20:1, 20:14,
20:15, 23:20,
31:15, 43:3,
44:4, 108:18,
109:3, 141:1,
144:11
**david**
136:7, 136:8
**davis**
14:7, 49:12,
101:15, 101:16
**day**
19:18, 19:22,
20:15, 20:20,
43:8, 43:9,
45:13, 46:13,
47:20, 50:9,
51:1, 54:15,

106:1, 108:8,
109:2, 124:8,
142:17, 145:15
**days**
22:13, 22:14,
45:22
**deans**
38:14, 39:22,
40:2, 40:7
**debi**
1:22, 2:9
**deborah**
145:3, 145:19
**defendants**
1:8, 3:13, 5:13
**defense**
126:20
**defensive**
126:20
**demetri**
13:22, 14:3,
49:11, 95:14,
98:3, 99:3,
99:18
**deponent**
144:1
**depos**
2:4
**deposition**
1:11, 2:1,
7:19, 8:4, 9:3,
9:9, 9:12, 9:15,
21:4, 29:20,
66:9, 145:4
**describe**
51:17, 57:2,
57:12, 71:5,
76:19, 76:21,
82:21, 87:5,
89:12, 96:9
**detained**
90:11
**detective**
3:13, 105:19,
105:20, 105:22,
106:22, 107:7,
108:21, 136:12
**diagnose**
120:21

**diagnosed**
120:13, 120:17
**diane**
38:12, 38:14
**different**
66:19, 66:20,
67:2, 67:13,
67:14, 82:1
**dinner**
49:16, 49:18,
49:19, 49:21,
50:2
**direction**
57:11, 118:14,
119:3
**directly**
73:7, 100:10,
100:13
**discussion**
5:17, 20:9,
74:14, 122:16
**district**
1:1, 1:2
**doctor**
141:2
**document**
53:10, 66:5
**documents**
8:11, 9:8,
9:17, 11:3,
11:7, 11:12,
16:18, 17:1,
53:12, 54:17,
94:16, 119:8,
135:12, 135:17
**dodge**
57:4, 57:5,
58:6, 59:12,
60:14, 61:4,
62:3, 64:21,
65:8, 65:9,
131:1, 135:20
**doing**
36:17, 40:7,
41:14, 42:6,
43:7, 43:13,
44:4, 46:10,
48:20, 53:6,

57:13, 75:9,
76:8, 86:7,
91:16, 100:19

**done**
143:14

**door**
57:9, 66:2,
68:17, 68:18,
68:19, 68:20,
68:21, 68:22,
69:2, 69:6,
69:7, 69:10,
69:12, 69:14,
69:19, 69:22,
70:3, 70:4,
70:6, 72:19,
73:5, 73:6,
73:9, 78:2,
79:2, 79:11,
80:1, 80:5,
98:7, 98:9,
98:10, 100:10,
100:11, 100:14,
103:6

**doors**
59:15, 79:3,
102:22

**down**
6:2, 6:5, 6:18,
20:4, 36:21,
40:22, 42:3,
55:21, 56:1,
59:15, 59:16,
59:17, 59:22,
60:1, 60:2,
63:18, 69:8,
73:14, 73:15,
74:3, 75:21,
76:9, 76:12,
84:21, 86:1,
86:21, 91:12,
92:11, 102:22,
113:13, 113:15,
118:19, 119:4,
137:13

**downstairs**
74:8, 74:9,
74:11, 77:13

**downtown**
115:14, 129:7

**drawing**
56:20

**drew**
25:8, 25:10,
25:16, 27:13,
28:7, 28:20,
31:1

**drive**
31:6, 31:8,
31:12, 35:13

**driver's**
31:3

**driving**
132:1, 132:3

**dropped**
124:19, 125:15

**duly**
5:3

**dumb**
26:22

**during**
43:7, 43:9,
59:10, 106:7,
106:8, 107:9,
109:3, 114:16

---
### E

**e-mail**
16:5

**e-mails**
16:2, 16:4,
16:6, 16:9,
16:11

**earlier**
95:16, 95:17

**easier**
104:9

**east**
2:5

**educational**
24:14

**eight**
10:16, 10:17,
10:18, 10:19,
38:3, 41:12,
65:5

**either**
18:4, 90:4,
94:17, 105:3

**eleventh**
25:5

**else**
9:14, 14:5,
16:22, 32:12,
35:16, 47:19,
48:18, 57:19,
58:4, 60:11,
60:13, 73:21,
80:17, 81:22,
91:8, 96:16,
101:12, 102:4,
102:7, 103:19,
114:9, 126:4

**emotional**
133:17

**emphatic**
24:11

**employed**
35:21, 36:9,
37:5, 145:11

**employee**
37:15

**employment**
37:7, 39:8

**end**
34:19, 37:7,
47:16, 56:22,
126:20

**ended**
56:7

**enroll**
28:3

**enrolled**
24:21

**entering**
29:11, 29:15,
30:2

**entire**
49:2

**entrance**
73:1

**errata**
144:8

**esquire**
3:5, 3:16

**et**
1:7

**even**
45:1, 45:8,
59:19, 71:22,
77:22, 103:13,
118:18, 118:21,
123:13

**evening**
50:20, 55:12

**eventually**
112:13

**ever**
17:14, 21:4,
23:17, 30:7,
32:3, 33:6,
33:9, 34:1,
101:21, 106:1,
107:19, 108:2,
108:8, 108:22,
136:13

**every**
21:9, 140:6

**everybody**
58:4, 94:6

**everything**
6:2, 140:2

**examination**
4:6, 4:8, 5:5,
142:5

**examined**
5:4, 144:4

**except**
143:14

**exchanged**
16:3

**excolo**
3:6

**excuse**
55:4

**exhibit**
4:12, 4:14,
53:11, 53:14,
54:2, 55:4,
56:4, 62:11,
66:6, 66:9,
66:11, 67:16,
93:3, 93:6,

119:7, 119:10,
119:17
**exhibits**
4:11
**experiencing**
124:13
**expires**
145:21, 145:23
**explain**
84:18, 85:2,
92:16, 134:22

**F**

**face**
86:8, 86:18,
131:18
**facebook**
32:11, 32:14
**faces**
90:13, 106:11,
106:16, 106:20
**facing**
97:15, 97:16,
97:17, 97:18,
97:19, 97:21,
98:1, 98:5
**factory**
36:20, 38:15,
38:16
**fair**
51:10, 96:5,
124:7
**fall**
29:11, 29:12,
121:8, 121:21,
122:20, 123:2
**false**
37:8
**family**
27:18, 27:20
**far**
55:1, 55:2,
62:6, 67:16,
74:13, 75:22,
78:20, 90:3,
100:9
**fast**
57:7, 57:8,

57:12, 57:14,
60:16, 61:2,
78:4, 78:5
**faster**
78:6
**faxed**
10:11, 10:12
**fear**
134:19
**fedex**
38:5, 38:6,
38:10, 38:12,
40:1, 40:14,
40:17, 41:3,
41:4
**feet**
72:15, 75:11,
76:11, 76:15,
77:8, 77:11,
77:18, 78:9,
89:4, 90:7,
100:12, 100:13,
114:4
**fell**
110:17
**felt**
138:2
**few**
112:22, 124:5,
127:1, 143:12
**fifteenth**
143:9
**fighting**
28:13, 98:22
**filed**
5:13, 18:4,
18:6, 18:9,
18:10, 20:13,
33:3
**finally**
76:12, 77:14,
80:8, 82:12,
91:18, 103:14,
103:22
**financial**
145:12
**fingerprints**
117:18

**finish**
7:15, 29:20
**finished**
128:12
**finishing**
130:19
**fired**
37:11, 37:14
**first**
5:3, 6:4, 7:2,
21:6, 31:8,
39:8, 70:4,
88:19, 93:12,
93:13, 107:11
**five**
38:9, 71:4,
72:20, 73:13,
76:2, 77:7,
83:6, 83:7,
89:1, 96:11,
115:16, 116:12,
117:9, 136:20
**flat**
86:18, 98:9
**floor**
72:3, 72:5,
132:8
**flow**
6:22
**follow**
6:4
**follow-up**
142:4
**following**
65:9, 135:19
**follows**
5:4
**food**
38:12, 38:13,
38:14, 39:22,
40:2, 40:7,
50:10, 50:11,
50:17, 50:19
**foods**
38:14
**foot**
100:15
**football**
110:15, 112:1,

121:18, 122:20,
123:1, 126:19
**forcibly**
83:17, 84:17,
86:11
**foregoing**
144:4, 145:4,
145:5
**forgive**
126:11, 139:13
**form**
133:2, 133:6,
133:20
**forms**
32:10
**forth**
101:17, 101:19
**found**
25:7
**foundation**
133:2, 133:6,
133:20, 134:2
**four**
57:9, 57:10,
73:13, 115:16,
116:12, 117:9
**foxfarm**
130:1, 130:13
**fracture**
110:22, 111:2
**frequency**
23:9
**freshman**
29:18
**front**
48:15, 53:5,
54:1, 54:14,
64:22, 66:2,
68:20, 68:21,
69:6, 69:10,
69:12, 69:19,
73:5, 73:6,
76:13, 79:2,
79:11, 79:22,
80:5, 98:7,
98:16, 98:20,
100:10, 100:13,
102:21, 103:6

**full-time**
40:21
**fulton**
13:18, 13:19,
14:8, 14:9,
14:15, 17:21,
19:16, 49:11,
79:14, 80:3,
80:19, 97:1,
97:3, 98:2,
99:4, 99:18,
100:9, 102:6,
131:22
**fun**
53:18

**G**

**g-u-b-i-l-e-e**
11:17
**garage**
65:4, 65:5,
67:1, 67:2,
67:6, 67:11,
69:7, 69:14,
70:3, 79:3
**gave**
9:22, 10:1,
37:10
**ged**
24:16, 24:17,
24:19, 25:1
**generally**
43:4, 58:19,
108:8
**getting**
66:1, 97:10
**giant**
38:13
**gilmor**
56:9, 57:12,
60:2, 118:5,
118:6, 118:15,
118:16, 119:5
**give**
6:5, 37:12,
47:13, 47:14,
47:17
**given**
9:18, 21:4,

144:6, 145:6
**glanced**
98:9
**glen**
130:13
**go**
10:8, 26:14,
27:1, 30:22,
31:20, 37:18,
50:16, 60:14,
62:6, 69:7,
69:10, 70:1,
70:4, 70:5,
70:6, 70:9,
75:7, 76:12,
77:14, 78:1,
78:10, 79:1,
83:18, 83:19,
84:22, 88:20,
88:21, 115:11,
119:21, 120:4,
122:17, 125:10,
127:8, 127:22,
128:5, 128:15,
128:19, 131:5,
136:19, 138:10
**goes**
119:3, 119:4
**going**
6:13, 6:22,
8:22, 9:6, 22:2,
24:15, 24:18,
24:19, 29:10,
29:15, 30:1,
30:22, 49:18,
49:19, 49:22,
50:17, 55:1,
56:3, 56:8,
57:15, 60:16,
61:2, 61:16,
61:18, 62:21,
64:2, 69:4,
69:17, 70:12,
73:17, 73:20,
74:4, 74:20,
80:7, 80:15,
88:19, 91:5,
101:11, 103:5,

104:2, 105:8,
108:17, 118:14,
122:2, 125:16,
128:2, 131:4,
131:6, 131:8,
131:10, 137:4,
140:22, 141:2,
141:11, 143:16
**gone**
23:17, 50:9
**good**
5:7, 103:22
**google**
4:12, 4:14,
53:16
**grab**
83:17
**grabbed**
74:6, 83:9,
83:10, 85:1,
97:12, 107:1,
107:2
**grabbing**
83:11
**grade**
25:3, 25:5,
25:6, 26:14,
28:18, 29:9,
29:10, 29:14,
30:2, 30:5,
30:11, 30:12,
30:21, 30:22,
31:1, 122:5,
122:6, 122:7
**grades**
26:2, 29:5,
30:8, 30:10
**graduate**
26:17, 27:1,
27:4, 27:9
**graham**
3:17
**grandmother**
13:6, 14:7,
17:17, 19:10,
49:9, 69:8,
74:4, 74:11,
78:17, 78:19,

79:19, 79:20,
80:7, 80:11,
82:17
**gray**
94:21
**great**
8:16
**green**
94:13, 94:18
**grew**
130:7
**ground**
70:16, 73:18,
74:2, 75:2,
80:9, 83:16,
84:9, 84:15,
84:19, 84:22,
85:3, 85:4,
85:8, 85:11,
85:12, 85:15,
85:22, 86:8,
86:10, 86:11,
87:11, 87:22,
88:2, 88:4,
88:11, 88:13,
88:14, 89:11,
91:19, 91:22,
96:19, 97:7,
97:8, 97:10,
97:14, 98:8,
98:15, 99:7,
99:10, 103:13,
103:16, 104:6,
104:14, 113:14,
113:15, 114:1,
131:13, 131:19,
132:8, 132:9,
137:11, 138:4,
139:9
**guess**
74:10
**guilty**
142:10

**H**

**half**
12:22, 13:1,
137:11

| | | | |
|---|---|---|---|
| **halfway** | 26:10, 26:19, | 69:10, 87:9, | 138:10, 141:1 |
| 76:3, 76:4, | 26:20, 27:13, | 94:13, 111:6, | **hospital** |
| 76:5 | 27:14, 27:16 | 111:10, 118:8, | 10:7, 10:8, |
| **hallway** | **hard** | 119:5, 119:13, | 10:9, 120:5, |
| 69:13, 69:14 | 66:18, 90:19, | 119:15 | 127:5 |
| **hand** | 92:7, 134:10 | **hereby** | **hour** |
| 87:14, 87:16, | **hardest** | 144:3, 145:4 | 137:11 |
| 110:17, 111:5, | 6:8 | **hereunto** | **hours** |
| 111:8, 114:6, | **head** | 145:14 | 41:5, 41:7, |
| 145:14 | 6:6, 6:18, | **high** | 41:8, 41:9, |
| **handcuffed** | 20:4, 40:22, | 24:15, 26:13, | 115:16, 116:12, |
| 90:17 | 42:3, 89:5, | 27:9, 28:6, | 117:9, 127:2 |
| **handcuffs** | 98:8, 137:13 | 29:18, 122:2, | **house** |
| 88:8, 88:9, | **healed** | 122:4 | 11:13, 15:16, |
| 88:10, 88:12, | 124:1, 124:8 | **hit** | 48:15, 49:6, |
| 90:18, 90:20, | **hear** | 121:8 | 50:1, 50:11, |
| 91:20, 121:6 | 5:15, 6:11, | **hold** | 53:3, 53:5, |
| **handling** | 8:13, 8:14, | 89:8 | 54:15, 59:13, |
| 40:18, 40:19 | 8:16, 25:9, | **holding** | 59:14, 61:16, |
| **hands** | 34:20, 45:5, | 75:10, 75:12, | 61:17, 61:18, |
| 56:2, 84:20, | 48:22, 58:1, | 75:13, 75:15, | 61:20, 62:22, |
| 85:5, 87:19, | 63:5, 68:8, | 75:17, 76:6, | 64:2, 64:4, |
| 128:18 | 71:7, 71:15, | 77:12, 77:16, | 64:10, 64:14, |
| **happened** | 82:15, 83:2, | 78:10, 83:14, | 64:18, 64:21, |
| 18:22, 20:15, | 86:9, 100:16, | 86:2, 86:3, | 65:1, 65:19, |
| 20:16, 34:12, | 100:21, 101:3, | 86:4, 86:5, | 67:3, 67:4, |
| 35:5, 35:8, | 105:9, 106:6, | 86:11, 86:15, | 67:5, 67:8, |
| 44:5, 53:1, | 106:14, 106:17, | 86:21, 87:10, | 67:16, 67:20, |
| 59:9, 60:18, | 109:21, 110:8 | 87:12, 87:18, | 68:3, 68:16, |
| 61:5, 61:17, | **heard** | 89:4, 90:8, | 69:5, 70:15, |
| 69:3, 78:4, | 74:10, 111:2, | 92:7, 92:8, | 70:21, 72:21, |
| 78:5, 78:16, | 123:15, 139:8 | 98:17, 114:3, | 73:1, 73:8, |
| 79:12, 79:16, | **heating** | 117:1, 117:2, | 73:10, 80:6, |
| 84:14, 84:18, | 128:10, 128:12, | 117:8 | 80:11, 80:21, |
| 85:2, 87:21, | 128:17 | **home** | 84:1, 84:12, |
| 95:19, 95:21, | **heavier** | 37:17, 37:18, | 84:15, 91:14, |
| 96:1, 110:19, | 51:21 | 49:20, 50:4, | 92:14, 93:7, |
| 124:17, 125:4, | **held** | 50:6, 50:16, | 93:11, 93:21, |
| 126:4, 141:8, | 2:1, 86:17, | 50:18, 50:19, | 95:2, 95:11, |
| 141:15 | 86:20 | 67:22, 68:6, | 97:4, 97:18, |
| **happening** | **helicopters** | 101:9, 101:10 | 98:14, 102:14, |
| 85:21 | 92:18, 93:18, | **hopkins** | 102:22, 118:7, |
| **happens** | 94:6 | 10:9, 120:5, | 118:8, 118:12, |
| 65:20, 84:8 | **here** | 120:6, 120:8, | 118:13, 118:17, |
| **happy** | 7:22, 8:7, | 120:18, 120:20, | 131:2, 131:4, |
| 143:10 | 15:12, 15:13, | 123:12, 126:21, | 131:5, 131:6 |
| **harbor** | 19:19, 21:11, | 127:8, 132:13, | **houses** |
| 26:6, 26:8, | 67:6, 69:7, | 132:16, 137:4, | 59:16, 59:17, |

59:22, 60:1,
60:2, 118:2,
118:3, 118:11,
118:19, 118:21,
119:22
**huh-huh**
6:6
**hurt**
113:4, 113:5,
113:7, 126:13,
126:17, 127:8
**husband**
74:7, 74:8,
79:13, 79:19

**I**

**idea**
52:9
**impact**
21:10, 22:6
**important**
6:3
**incident**
18:5, 19:4,
19:5, 19:8,
19:19, 24:1,
29:9, 29:14,
36:4, 36:7,
43:3, 43:7,
44:4, 44:5,
45:14, 46:2,
48:4, 48:21,
49:1, 49:22,
50:21, 52:15,
55:13, 59:9,
100:2, 106:2,
108:9, 109:2,
109:8, 113:2,
113:13, 123:9,
124:14, 126:2,
126:5, 126:9,
127:14, 129:20,
132:17, 134:14,
134:17, 134:20,
137:8, 138:20,
140:17
**indicating**
55:2, 55:21,

56:7, 57:18,
67:6, 69:11,
79:4, 79:8,
87:9, 94:13,
97:16, 103:2,
111:6, 111:7,
111:11, 118:10,
119:13, 119:15
**influence**
21:10, 22:5
**information**
37:8, 37:10,
37:12
**injure**
111:12, 113:22
**injured**
34:1, 110:11,
110:14, 112:4,
113:20, 114:16,
127:14, 128:5,
133:10
**injuries**
34:6, 109:18,
110:20, 114:18,
126:1, 126:7,
127:5, 133:13,
133:15, 133:17,
138:14, 138:15,
141:19
**injuring**
138:19
**injury**
111:7, 112:11,
113:1, 113:2,
120:18, 120:21,
121:1, 125:21,
126:12, 126:16,
138:16, 141:3
**inside**
68:9, 68:12,
70:7, 82:10,
82:15, 83:4,
96:12
**instagram**
32:11, 32:16,
47:5, 47:6,
47:14, 47:17
**instance**
18:21

**interest**
145:12
**intersection**
55:4, 56:9,
56:14
**introduce**
5:11
**introduced**
5:10
**issues**
28:7, 29:2,
29:3
**itself**
43:7, 112:12

**J**

**j-e-m-i-s-o-n**
25:17
**jabbed**
135:22, 136:1
**jaw**
139:4
**jeffries**
3:16, 4:7, 5:6,
5:12, 5:19, 8:2,
8:14, 8:21,
20:11, 28:15,
31:21, 31:22,
53:15, 53:19,
53:22, 66:4,
66:7, 74:15,
106:17, 106:21,
122:15, 122:17,
122:18, 133:3,
133:21, 136:19,
137:1, 142:1,
143:14, 143:17
**jemison**
25:8, 25:10,
25:16
**job**
1:20, 36:14,
38:11, 40:6
**jobs**
40:21, 42:13,
42:15
**johns**
10:9, 120:5,

120:8, 120:18,
120:20, 123:12,
126:21, 127:8,
132:13, 132:16,
137:4, 138:10,
141:1
**jonathan**
3:14
**jubilee**
11:15, 11:16,
11:21, 14:20
**judge**
125:9, 142:20
**judge's**
125:12
**jugs**
40:13
**juice**
72:3, 72:6
**jumping**
130:19
**june**
10:3, 10:4,
10:5

**K**

**katrina**
13:7
**keep**
6:11, 10:20,
70:12
**kiara**
13:18, 13:19,
14:15, 102:6
**kick**
87:2
**kicked**
114:12
**kicking**
92:10
**kimbrough**
1:4, 1:11, 2:1,
3:4, 4:3, 5:2,
5:9, 5:10,
13:22, 32:15,
49:11, 54:1,
122:19, 137:2,
144:3

kind
37:12, 44:16,
57:5, 90:18
kitchen
69:11, 74:9
knee
139:6
knees
135:22, 136:1
knew
31:12, 108:20
knocked
65:21, 139:9
knowledge
30:19, 33:7
kramon
3:17

L

labor
124:8
lady
142:16
lahser
3:8
landed
110:17
landing
69:18
lane
12:8, 130:2,
130:13
last
13:13, 15:10,
21:18, 25:3,
34:9, 35:20,
36:14, 42:1,
46:16, 47:2,
63:14
late
143:10, 143:12
later
61:9
laughter
53:20, 122:11
laundry
69:8, 74:12,
78:21, 78:22,

79:7, 79:9,
79:21
law
3:6
lawsuit
5:13, 18:3,
18:6, 18:11,
18:17, 18:21,
19:3, 132:22,
133:5
lawsuits
33:3
lawyer
11:4, 16:3
laying
86:18
leads
119:14
learn
31:8
learner's
32:1
leave
27:16, 39:12,
40:5, 41:4
leaving
28:20
left
27:12, 27:14,
50:1, 56:16,
57:15, 57:16,
57:17, 60:19,
61:4, 61:8,
62:4, 63:8,
63:21, 70:1,
70:2, 70:4,
110:20, 110:21,
111:2, 111:5,
111:9, 111:12,
120:2, 131:2,
138:15, 138:20,
139:1, 141:1,
143:1
left-hand
69:16
legs
75:11, 76:11,
76:12, 86:15,

86:17, 86:20,
87:2, 87:5,
87:19
less
23:15, 23:16,
76:3
let's
43:3, 110:19,
136:20
levity
53:21
lexington
4:13, 12:19,
12:21, 14:18,
48:16, 55:5,
55:10, 55:19,
55:20, 56:9,
56:12, 57:20,
58:15, 65:13,
65:15, 66:10,
92:21, 93:9,
97:18, 97:19,
97:21, 98:1,
98:5, 106:1,
108:22, 115:12,
118:4, 118:21,
119:11, 130:11,
131:1
license
31:4
life
127:6, 134:5,
134:6, 134:10
light
51:18, 52:2,
58:8, 58:15,
58:20
lighter
52:3, 52:5
lighting
58:14, 58:16,
58:17
lights
58:20
likely
51:14
line
36:21, 74:21

litigation
105:18
little
8:17, 8:18,
51:19, 51:21,
70:5, 94:21,
118:1, 118:9,
118:19, 119:21,
123:14, 123:17,
124:9, 124:10,
128:10, 128:18,
138:6, 138:7
live
12:3, 12:10,
12:14, 12:20,
14:3, 14:5,
14:16, 14:20,
14:21, 46:1,
46:4, 48:3,
48:7, 48:9,
48:10, 101:16,
130:4, 130:17
lived
13:2, 14:8,
46:5, 46:6,
46:8, 68:4,
130:1, 130:5,
130:8
living
14:17, 42:16,
42:22, 101:21
located
54:11, 54:12
lock
88:20
long
11:20, 12:10,
12:14, 12:20,
23:1, 37:5,
38:2, 38:8,
38:18, 39:10,
39:18, 44:22,
45:16, 45:21,
48:20, 77:20,
88:2, 101:5,
112:19, 115:15,
117:8, 121:16,
124:3, 128:22,

137:19, 141:8,
141:13, 141:14
**longer**
125:16, 142:21
**look**
47:7, 93:3
**looking**
25:2, 37:18
**looks**
66:20
**lot**
81:9, 92:15,
92:17, 93:22,
94:1, 95:4
**louder**
8:18

**M**

**machine**
36:18, 36:19,
36:22, 40:11,
40:12
**made**
7:22, 57:15,
57:16, 57:17,
60:19, 61:8,
72:9, 73:13
**make**
8:7, 10:20,
22:4, 36:21,
44:18, 44:20,
62:3, 65:7,
73:12, 102:13
**making**
56:16
**man**
45:17, 45:19,
45:20
**manager**
37:19
**many**
10:14, 65:2,
71:3, 76:14,
83:4, 92:13,
93:20, 95:1,
100:12, 128:19
**map**
4:12, 4:14,

53:7
**march**
11:22, 12:1
**marijuana**
22:1, 22:9,
22:19, 23:2
**mark**
53:7, 53:14,
54:6, 54:10,
55:6, 56:19,
66:4, 66:12,
66:13, 66:14,
66:15, 93:5,
93:13, 94:11,
94:14, 94:17,
94:18
**marked**
53:11, 54:3,
54:4, 54:9,
56:8, 62:11,
66:6, 66:8,
93:2, 93:4,
93:12, 119:17
**marking**
53:13
**marks**
55:3
**married**
14:13, 14:14
**marvious**
5:9
**maryland**
1:2, 1:12, 2:6,
2:10, 3:20,
11:19, 24:8,
25:12, 38:21,
38:22, 145:20
**maybe**
76:2, 76:16
**mean**
17:1, 21:8,
26:21, 29:12,
30:9, 37:9,
39:6, 40:9,
44:2, 54:7,
54:8, 58:18,
92:16, 93:11,
102:20, 108:8,

132:8, 134:8,
135:5
**meaning**
27:4
**meant**
38:14, 109:2
**measure**
137:14
**media**
32:5, 32:7,
32:10
**medical**
9:20, 10:22,
109:15, 112:15,
115:3, 122:19,
132:12, 132:15
**medication**
123:18, 123:21
**memory**
7:9
**mental**
126:8
**mess**
36:22
**messages**
16:14
**messed**
110:9
**metal**
90:19, 90:20
**michigan**
3:9
**middle**
119:4
**midnight**
43:17, 43:20
**might**
34:3
**milk**
38:15, 38:16,
40:13
**minute**
71:6, 71:8,
77:22, 78:1,
87:22, 88:1,
88:7, 137:16
**minutes**
88:6, 89:1,

142:20
**miracle**
13:10, 13:11,
13:12
**missed**
111:11
**mixed**
37:15
**mlk**
94:18
**mom**
27:21, 27:22,
49:19, 49:20,
50:14, 104:17
**moment**
53:21
**monday**
1:13
**money**
42:11, 42:12
**month**
22:18, 121:17,
129:1, 129:2
**months**
38:3, 38:9,
38:19, 39:11,
39:19, 40:3,
41:12, 47:3
**moravia**
37:2, 37:4
**more**
8:12, 8:18,
23:15, 26:12,
35:11, 41:5,
41:7, 41:8,
41:9, 52:19,
53:18, 95:5,
108:12
**morning**
15:12, 15:13,
120:3
**mosby**
100:4
**most**
51:14
**mother**
13:3, 13:4,
13:5, 17:14,

19:7, 35:15,
42:22, 49:17,
50:1, 95:12,
101:8, 101:12,
102:3, 102:9,
103:2, 103:4,
103:8, 104:7,
104:15, 109:9,
116:20, 120:2,
135:11
**mother's**
13:7, 15:16
**mountain**
44:19
**mouth**
139:4
**move**
86:12, 87:11
**moved**
27:20, 40:18,
66:16, 130:7
**moving**
56:2
**much**
23:11, 24:3,
41:18, 52:9,
132:19
**mug**
116:3
**myself**
5:10, 5:11,
45:8, 75:20

**N**

**n-e-h-e-m-i-a-h**
15:9
**name**
5:8, 5:12,
13:7, 13:13,
15:4, 23:18,
32:14, 45:3,
46:16, 47:6,
115:13, 125:12
**names**
13:9, 17:8,
106:10, 129:9
**near**
103:4, 131:1

**neck**
83:12, 84:21,
86:4, 87:10,
87:12, 87:14,
89:5, 114:7
**need**
7:13
**needed**
26:12, 41:9,
115:3
**needs**
7:6
**nehemiah**
15:5, 15:7
**neighbor**
46:19, 46:21
**neighborhood**
51:15, 95:4
**neither**
142:20, 145:10
**never**
18:1, 19:7,
19:10, 19:12,
19:14, 19:16,
28:10, 31:12,
33:11, 50:6,
61:1, 135:19,
143:3
**new**
27:21, 27:22
**next**
60:18, 65:20,
69:3, 79:12,
79:16, 85:17,
85:20
**nick**
100:4
**nicknames**
23:17
**night**
44:14, 58:15
**ninth**
26:4, 26:5,
29:16, 30:2,
30:5, 31:1,
122:7
**nobody**
17:11, 17:12,

19:6, 61:6,
114:12, 135:22
**nods**
6:18, 20:4,
40:22, 42:3,
137:13
**none**
90:13, 90:14,
136:14, 136:15,
141:7
**nonpolice**
95:1
**normally**
15:22
**north**
12:4, 12:5,
12:6, 12:9,
15:11, 28:4,
37:21, 37:22,
38:7, 39:20,
39:22, 56:9
**notarial**
145:15
**notary**
2:9, 145:19
**noted**
53:19
**nothing**
11:10, 21:16,
21:21, 35:7,
35:8, 42:9,
120:15, 134:13
**notice**
2:9
**noticed**
70:20
**number**
47:9

**O**

**o-l-u-s-h-a-l-a**
45:10
**oak**
12:8
**oath**
5:4, 7:4
**obviously**
88:18

**occasionally**
22:10, 22:16
**occur**
34:8, 35:9,
111:14
**occurred**
5:18, 20:10,
29:9
**odd**
59:19, 59:21,
61:22
**off-the-record**
5:17, 20:9
**officer**
3:14, 3:15,
77:8, 77:10,
77:16, 77:17,
78:9, 82:21,
83:8, 85:7,
85:14, 85:17,
87:4, 87:5,
87:7, 87:18,
89:3, 89:4,
90:7, 96:5,
96:7, 96:9,
96:10, 100:6,
107:16, 107:17,
107:21, 107:22,
108:21, 108:22,
117:13, 117:15,
131:13, 132:4,
132:6, 135:22,
136:5, 136:17,
145:3
**officers**
71:3, 72:20,
73:4, 74:1,
74:19, 76:8,
76:14, 76:22,
77:7, 81:7,
81:20, 82:16,
82:22, 83:4,
84:3, 84:6,
85:22, 89:12,
89:17, 90:2,
90:4, 90:10,
91:4, 92:13,
95:1, 98:17,

98:19, 99:6,
105:4, 105:9,
115:19, 125:7,
125:18, 132:4,
136:14, 140:3,
142:21, 143:3
**offices**
2:2
**often**
15:19, 22:9,
22:17, 22:19
**oh**
14:7, 49:17,
94:17
**old**
23:4, 28:17
**older**
102:5
**olushala**
45:4, 45:6,
45:9, 45:11,
45:12, 45:13,
46:1
**once**
61:8, 70:13,
70:20, 77:14,
85:4, 88:11,
88:13, 94:5,
97:11, 98:13
**one**
3:19, 6:4,
6:16, 7:6, 7:10,
21:6, 24:18,
24:21, 25:2,
29:19, 32:3,
55:6, 60:11,
60:13, 71:21,
76:16, 76:17,
77:2, 77:4,
77:5, 77:7,
83:8, 83:15,
84:20, 84:21,
86:3, 86:4,
86:13, 86:14,
86:15, 86:16,
87:4, 88:22,
90:10, 90:15,
96:11, 99:22,

100:13, 107:2,
107:3, 107:5,
107:11, 108:12,
110:4, 110:13,
113:20, 128:4,
131:18, 142:20,
143:2
**ones**
90:19
**only**
7:6, 15:20,
30:22, 143:12
**open**
68:17, 68:18,
68:20, 68:22,
70:6
**operator**
36:18, 36:19
**opportunities**
39:13, 39:15
**opportunity**
32:21
**order**
143:17
**other**
10:22, 16:11,
16:18, 17:5,
17:7, 17:9,
18:16, 19:5,
23:18, 29:2,
30:16, 33:3,
35:1, 35:4,
47:19, 55:7,
57:21, 64:20,
65:4, 65:9,
74:2, 77:18,
82:2, 87:7,
87:18, 89:8,
91:6, 93:14,
94:2, 95:12,
98:17, 104:19,
109:3, 114:18,
117:4, 117:6,
123:7, 125:21,
126:1, 126:7,
127:5, 127:13,
129:12, 132:21,
133:15

**others**
13:17, 13:21,
109:11
**otherwise**
145:13
**out**
50:14, 50:16,
50:17, 58:10,
65:2, 74:5,
78:17, 78:18,
79:9, 79:21,
80:6, 84:12,
88:21, 92:18,
92:19, 97:3,
97:9, 97:11,
97:12, 98:2,
98:6, 98:14,
103:1, 123:1,
131:10, 131:12,
142:17
**outcome**
145:13
**outside**
43:9, 43:13,
44:5, 46:12,
46:13, 49:2,
53:2, 53:4,
57:19, 58:8,
58:15, 59:2,
68:19, 80:8,
82:12, 82:13,
84:11, 90:11,
91:18, 91:21,
92:14, 93:21,
94:3, 95:2,
95:3, 95:10,
96:2, 96:5,
96:14, 96:18,
98:10, 101:12,
103:6
**over**
65:22, 72:8,
89:1
**overhear**
100:7

**P**

**package**
40:18, 40:19

**pad**
128:10, 128:12,
128:17
**paddy**
88:15, 88:22,
97:13
**page**
4:4
**pages**
1:21, 10:14,
10:16, 10:18,
10:19
**pain**
115:20, 129:14,
138:22, 139:3,
140:7
**paper**
17:2, 54:10,
55:3, 117:21
**parallel**
119:10, 119:11
**park**
94:18, 94:19,
94:20
**parked**
64:22, 65:2,
65:11
**parkside**
35:13
**parkway**
130:15
**particular**
136:13
**parties**
145:11
**passed**
53:12, 54:17,
94:16, 119:8
**passengers**
132:2
**past**
33:4, 53:3,
98:11
**patrol**
116:9, 132:9,
132:10
**pdf**
143:18

pearce
1:22, 2:9,
145:3, 145:19
pediatrician
139:21
penrose
119:11, 119:17
people
14:16, 18:5,
20:14, 88:1,
94:2, 94:4,
94:8, 95:3,
95:4, 95:5,
96:11, 104:19,
117:4, 117:6
period
42:6, 42:16
permit
32:1
perry
3:15, 107:16,
107:17, 108:21,
136:15
person
140:20
peters
130:15
ph
5:9, 13:7,
13:12, 13:22,
14:8, 38:12,
101:15, 130:15
phone
47:8, 47:11,
99:20
photo
4:15
physical
126:1, 126:7,
127:5, 133:13
physically
11:12, 85:10,
86:5, 86:6,
87:8, 91:10,
116:22, 124:13,
133:10, 140:4
physician
139:16

picture
67:15, 104:1,
116:1
pictures
16:16, 16:21,
109:7, 109:9
piece
17:2
pinky
110:22, 111:3,
111:8, 112:12,
112:17, 127:9,
128:6
pinned
86:8, 86:10,
87:10, 89:11,
113:13, 113:15
pinning
84:21, 86:1,
91:19, 92:11
place
63:14, 69:20,
129:5
placed
90:18
plaintiff
1:5, 3:4
planet
2:4
play
121:18, 121:21,
122:4, 122:6,
122:20, 123:1,
126:19
played
121:20, 122:1
playing
51:15, 112:1,
126:20
plead
142:10
please
5:7, 25:15,
66:13, 85:2,
106:13, 143:18
pllc
3:6
point
50:4, 57:20,

64:6, 75:5,
76:1, 83:5,
91:1, 101:16
points
55:9
police
34:13, 34:15,
34:21, 61:8,
61:10, 61:14,
62:22, 63:4,
63:18, 64:15,
64:17, 72:18,
74:19, 79:6,
82:16, 92:13,
93:18, 93:21,
94:2, 95:17,
96:4, 96:7,
96:9, 96:10,
97:1, 99:19,
134:19, 140:3
polite
81:17
pop
121:20, 121:21
popeye's
38:21, 39:4,
39:8
position
126:19
postings
32:7
pratt
2:5, 12:13,
12:15, 130:7,
130:9
preparation
9:9, 9:12, 9:15
prepare
7:18, 8:3, 9:2
prescribed
140:18
present
49:13
pretty
129:17
prior
126:12, 138:14,
138:16

probably
24:4, 51:16,
65:5, 73:13,
78:7, 78:8,
88:5, 88:6
probation
142:13
problems
30:17, 123:7,
124:13
process
7:14
production
40:8
program
24:16, 24:17,
24:19, 24:20,
25:1
promise
6:8
provide
10:6
public
2:10, 145:1,
145:19
pull
73:15, 76:9,
77:18
pulled
77:10, 102:11,
103:1
pulling
74:3, 75:11,
75:21, 76:14,
78:9
punched
92:5, 114:12,
136:5
punching
92:10, 92:11
pursuant
2:9
pursued
35:2
pursuing
34:13, 34:15,
34:21
put
54:10, 67:15,

80:8, 82:13,
82:14, 84:19,
85:4, 88:10,
88:11, 88:15,
88:22, 91:19,
96:2, 96:14,
96:17, 97:13,
128:16

## Q

**question**
6:21, 7:3,
7:15, 8:8, 8:10,
8:22, 9:7,
16:13, 18:7,
22:3, 29:13,
29:21, 43:22,
97:2, 103:19,
104:2, 107:13,
109:2, 120:17
**questions**
6:14, 6:17,
7:10, 18:15,
21:6, 79:17,
79:18, 80:4,
105:7, 108:6,
108:7, 108:15,
108:19, 109:5,
130:20, 137:5,
142:2
**quickly**
129:17

## R

**racing**
57:14, 60:15,
60:16, 62:3
**radner**
3:5, 4:9, 8:12,
8:16, 8:20,
17:5, 28:14,
31:15, 31:19,
53:13, 53:17,
53:21, 106:13,
106:18, 133:2,
133:6, 133:20,
134:2, 142:3,
142:6, 143:12,

143:16, 143:18
**railing**
75:10, 75:14
**ran**
34:22, 35:2
**re-ask**
108:7
**reached**
32:20
**read**
143:16, 144:4
**reading**
139:13, 145:9
**ready**
66:1, 78:1,
131:5
**real**
121:9, 122:13,
134:10
**really**
8:8, 9:6, 34:3,
87:11, 97:1,
101:17, 135:1,
135:2
**reason**
122:19
**rec**
94:18
**recall**
30:12, 43:15,
43:22, 44:3,
46:10, 51:8,
57:6, 67:21,
80:10, 80:17,
80:19, 81:4,
81:10, 81:11,
81:16, 81:17,
81:22, 82:2,
90:22, 117:13,
117:16, 120:1,
138:19, 138:22
**receive**
123:11, 135:11,
135:12, 135:17
**recently**
126:14
**recess**
136:21

**recollection**
125:14, 140:3
**record**
5:8, 5:11,
56:2, 74:14,
97:17, 122:15,
122:16, 125:11,
125:17, 136:19,
136:22, 142:22,
145:6
**records**
9:20, 10:6,
10:10, 10:14,
10:22, 137:3
**reduced**
145:8
**referring**
93:5
**refrigerator**
131:11
**regular**
139:16
**related**
9:20, 14:9,
109:7, 123:8,
132:16, 134:4,
134:16, 134:17,
134:20, 145:11
**relating**
9:17, 11:1,
124:14
**relation**
59:3, 59:4,
102:9
**relative**
95:12
**relatives**
95:9
**released**
116:11, 116:18,
116:19
**relevance**
28:14
**relocated**
27:17, 27:18
**remember**
19:18, 20:16,
20:18, 20:20,

20:22, 43:6,
43:11, 44:17,
44:20, 49:17,
50:21, 51:2,
51:12, 58:14,
82:18, 82:19,
85:19, 85:20,
90:4, 90:6,
90:12, 90:13,
91:2, 91:3,
91:7, 91:9,
99:11, 106:10,
106:11, 106:19,
116:2, 116:17,
121:12, 121:13,
124:16, 125:12,
127:6, 128:1,
129:8, 129:9,
131:8, 135:18,
137:17, 137:22,
139:3, 139:18,
139:19, 139:20,
140:1, 140:16,
140:17, 140:20,
140:22, 141:2,
141:6, 141:7,
141:8, 141:12,
141:13, 141:15,
142:8, 142:12,
142:13, 142:15
**repeat**
30:10
**repeated**
30:7, 30:21
**rephrase**
8:10
**reported**
1:22
**reporter**
5:20, 8:1,
20:6, 54:21,
56:1, 79:5,
80:13
**reporter-notary**
145:1
**represent**
5:12
**represented**
32:21

requested
145:10
requests
8:1, 54:21,
80:13
reside
12:18
resided
11:20
residing
12:12
resisting
83:20, 84:4,
84:7, 91:10,
91:14
resolve
112:12
resolved
129:17
respond
105:14
responded
105:12
response
20:7, 76:20,
99:15
responses
6:5, 105:10
result
27:12, 33:14,
34:5, 35:5,
113:1, 126:2,
126:5, 126:8,
132:22
results
142:7
retain
11:5
returned
141:9
review
8:11, 9:8
reviewed
20:12
rib
109:20, 109:22,
110:1, 110:2,
113:11, 113:20,

125:22, 127:16
ribs
113:9, 114:16,
120:10, 123:11,
123:12, 123:13,
123:14, 123:16,
124:1, 128:7,
128:9, 128:11,
128:17, 128:20,
129:15
ride
43:15, 44:1
riding
43:14, 44:8,
44:12, 47:21,
48:1, 48:13,
48:14, 53:2,
59:3, 59:9
road
3:8, 35:13
room
69:8, 69:9,
74:12, 78:20,
78:21, 79:7,
79:10, 79:21
roommate
14:21, 15:1,
15:2
roommate's
15:4
roughed
83:10
rule
6:8
rules
6:3, 29:20
running
72:7, 95:3,
119:10, 119:11
ryan
3:15

**S**

s-h-a-s-t-a
36:16
said
8:13, 16:21,
18:19, 28:1,

34:15, 44:5,
44:8, 52:2,
52:17, 54:9,
57:12, 58:16,
60:15, 68:11,
70:10, 70:17,
72:20, 73:20,
74:20, 74:21,
75:1, 82:18,
85:18, 86:13,
86:14, 89:18,
91:10, 93:4,
93:18, 101:8,
103:19, 105:16,
108:17, 108:18,
110:11, 113:9,
115:5, 115:9,
117:18, 124:17,
125:16, 126:16,
130:22, 132:1,
132:6, 136:13,
137:12, 138:9,
140:16, 142:20,
143:6, 145:7
same
14:16, 16:13,
22:16, 23:8,
38:11, 51:14,
60:5, 60:7,
61:11, 61:12,
74:5, 78:20,
80:22, 105:7,
129:4, 136:15,
136:17, 142:17,
144:5
sat
89:1
satellite
53:16
saved
42:11, 42:12
saw
55:16, 56:4,
57:3, 57:13,
58:6, 59:11,
59:12, 62:3,
62:19, 63:14,
63:21, 65:8,

72:18, 72:20,
98:19, 98:20,
130:22, 131:1,
135:19, 139:21
say
6:2, 9:6,
16:22, 20:14,
20:16, 59:22,
68:8, 71:15,
71:18, 73:16,
73:21, 74:1,
81:1, 81:13,
82:16, 88:1,
90:2, 93:22,
99:9, 99:13,
99:15, 100:21,
104:14, 104:17,
104:20, 105:1,
108:12, 111:2,
115:5, 120:19,
124:7, 132:14
saying
34:20, 45:11,
63:20, 80:11,
80:17, 80:20,
81:4, 81:8,
81:10, 81:12,
81:18, 82:2,
82:19, 82:20,
83:7, 89:6,
90:5, 91:3,
91:8, 92:2,
92:5, 92:9,
99:12, 100:16,
103:20, 104:12,
105:3, 105:6,
109:1, 117:15,
117:17, 125:19,
132:3, 133:10,
134:16, 134:20,
135:3
says
94:17
scene
61:17, 63:4,
74:13, 88:5,
88:18, 92:14,
101:11, 102:12,

106:5, 107:11,
109:16, 109:19,
114:19, 115:7,
117:18
**scenery**
27:21
**scenery"**
27:22
**school**
24:15, 25:3,
25:14, 26:20,
26:21, 27:9,
28:3, 28:6,
29:3, 29:5,
29:18, 30:17,
62:8, 62:9,
121:19, 122:2,
122:4, 123:1,
141:10, 141:12
**schools**
26:13
**scrapes**
114:21, 140:9
**screen**
68:18, 68:19,
68:21, 69:2
**seal**
145:15
**second**
6:9, 7:3,
30:11, 30:12,
30:21, 67:16
**seconds**
61:9, 78:3,
78:6, 78:7, 78:8
**see**
15:21, 54:16,
56:2, 58:19,
60:14, 61:6,
61:14, 61:15,
62:16, 62:17,
63:1, 63:10,
63:16, 64:7,
64:15, 64:17,
64:20, 65:8,
66:1, 66:10,
70:6, 70:22,
71:3, 74:19,

93:10, 94:15,
95:1, 95:20,
96:16, 96:22,
97:3, 98:2,
98:6, 99:17,
103:11, 103:15,
103:21, 103:22,
104:6, 104:9,
119:5, 119:7,
139:17, 140:22,
141:2, 142:16
**seek**
127:13
**seeking**
132:21, 133:5
**seen**
53:3, 53:4,
56:6, 63:18,
117:17, 117:19,
132:12, 132:15
**sent**
10:11
**sentz**
1:7, 3:13,
105:19, 105:20,
105:22, 106:22,
107:7, 108:21,
136:12
**separate**
16:2, 18:3
**september**
1:13, 30:2,
122:1, 145:16
**sergeants**
99:22
**series**
6:13, 108:15,
108:19
**set**
145:14
**seven**
38:19, 39:11,
40:3
**shake**
6:6
**shalip**
14:8, 49:11,
69:11, 82:13,

88:21, 96:3,
99:20
**shasta**
36:12, 36:14,
36:16, 37:20,
41:20, 41:21,
42:8
**sheet**
144:8
**shifted**
111:4
**shirt**
51:3, 83:15
**shirts**
51:16
**short**
27:10
**shorthand**
145:1
**shorts**
51:3, 51:8,
51:16
**shot**
116:3
**show**
53:7, 56:3,
56:4, 117:21,
125:5, 125:6,
125:19
**showed**
142:19, 143:3
**showing**
66:8
**shows**
47:13, 142:21
**siblings**
13:3, 13:5
**sic**
11:17
**side**
59:19, 60:5,
60:7, 61:22,
65:3, 65:4,
65:6, 69:15,
69:16, 70:2,
70:3, 75:14,
110:2, 113:9,
118:9, 118:18,

118:21, 119:14
**sideswiped**
34:14
**sign**
143:16
**signature**
144:11
**signature-2wvkj**
145:17
**signed**
144:8
**signing**
145:9
**since**
11:22, 12:1,
23:3, 32:20,
88:5, 112:6
**single**
24:9
**sir**
5:7, 9:7, 142:2
**sister**
13:3, 13:4,
49:8, 101:13,
102:5, 103:9,
104:20
**sister's**
13:9, 74:6,
74:8, 79:13,
79:19
**sisters**
14:13, 14:14,
19:14
**sitting**
5:20, 5:21,
46:12, 79:3,
137:16
**six**
76:2
**size**
51:22, 52:12
**skin**
51:18, 89:18,
89:20
**skinned**
52:2
**skinny**
51:18, 51:19

slam
76:13, 77:15,
83:17, 83:21
slammed
131:13
small
51:22, 73:2
smaller
52:12, 52:13,
52:14
smashing
131:18
smith
136:7, 136:8
smoke
21:18, 21:22,
23:11, 23:13
smoked
21:16
social
32:5, 32:7,
32:10
soda
36:20
solomon
3:5, 4:9, 142:6
some
5:12, 17:7,
25:5, 25:6,
26:4, 26:6,
26:12, 27:10,
41:5, 41:7,
50:4, 137:2,
137:4, 140:16,
142:3, 142:16
someone
75:1, 92:2,
92:8, 92:9,
114:3, 114:6
something
16:22, 18:22,
48:7, 65:22,
74:20, 98:11,
99:12, 103:19,
108:18, 111:3,
128:16, 131:10,
131:12
sometime
31:17

sometimes
135:1
sometimes"
135:2
somewhat
134:21
soon
78:1
sorry
14:22, 15:6,
19:21, 25:9,
26:16, 28:22,
30:14, 31:10,
31:16, 31:19,
33:18, 34:19,
36:13, 39:6,
39:14, 42:14,
43:19, 45:5,
46:20, 58:1,
61:7, 66:17,
71:7, 83:2,
106:6, 109:21,
110:8, 123:15,
125:2, 126:15,
127:18, 128:12,
132:15, 143:15
sort
16:18
sounded
16:20, 16:21
south
3:19
southfield
3:9
speak
8:12, 8:17,
9:11, 9:14,
46:22, 106:13,
115:17
speaking
82:22, 100:6
specific
35:11
specifically
19:3, 54:12,
137:22
spell
25:13, 36:15,

45:7, 45:8
splint
121:14, 121:15,
123:5
split
111:1, 118:1,
118:9, 118:20,
119:21
spoke
19:7, 19:10,
19:12, 19:14,
19:16, 47:2
spoken
17:5, 17:10,
17:14, 18:4,
19:4
spot
94:21
sprain
121:2, 121:3,
121:5
sprained
121:11
squeeze
128:17
sradner@excololaw
3:11
st
4:13, 21:2,
124:21, 124:22,
125:15, 143:9
stairs
69:9, 69:10,
69:17, 69:18,
69:21, 70:5,
70:17, 73:6,
75:19, 77:20,
77:21
standing
59:13, 59:14,
61:22, 62:1,
73:4, 73:11,
78:14, 79:21,
79:22, 83:8,
91:17, 96:19,
96:20, 98:12,
98:14, 98:16,
98:20, 100:20,

102:9, 103:9,
143:17
start
24:18, 24:19,
43:3, 44:12,
110:20
started
16:22, 41:19,
41:21, 42:8,
43:17, 43:20,
56:20, 64:2,
70:9, 72:16,
72:18, 79:17,
79:18, 80:3,
88:5, 94:6,
95:16
starting
43:15, 44:1
state
2:10, 5:7,
99:21, 145:20
state's
100:1
states
1:1
stay
15:19
stayed
130:5
staying
15:15
stenographically
145:7
step
72:12, 95:13
steps
65:21, 69:4,
70:1, 70:2,
70:9, 70:13,
72:4, 72:7,
72:8, 72:10,
72:11, 73:12,
73:13, 73:15,
74:3, 74:17,
75:4, 75:7,
75:21, 75:22,
76:2, 76:9,
78:12, 79:22,

91:12
**still**
24:15, 25:2,
46:22, 59:2,
67:21, 75:4,
80:5, 82:10,
91:13, 91:14,
98:15, 124:13
**stocking**
41:15, 41:16
**stomach**
86:19, 98:9
**stop**
62:19, 63:1,
63:11, 63:16,
84:7
**stopped**
41:22, 62:12,
62:14, 62:17,
62:21, 63:2,
63:12, 64:7,
83:20
**straight**
69:7, 84:15,
138:10
**street**
2:5, 3:19,
4:14, 12:13,
12:19, 12:21,
48:5, 48:16,
55:5, 55:10,
56:10, 58:20,
59:4, 59:5,
59:20, 60:12,
61:22, 63:19,
63:21, 65:17,
65:18, 66:10,
68:4, 68:5,
92:20, 92:22,
94:5, 94:17,
94:19, 94:20,
97:18, 97:20,
97:21, 98:1,
98:13, 102:15,
102:16, 106:1,
109:1, 115:12,
118:3, 118:13,
118:17, 119:5,

119:16
**streetlights**
58:12, 58:22
**stress**
133:22, 134:3,
134:4
**stricker**
56:13, 56:14,
56:16, 57:16,
57:17, 60:1,
60:3, 60:19,
61:5, 62:4,
62:6, 63:8,
63:11, 63:12,
63:13, 63:14,
63:16, 63:21,
93:8, 102:17,
102:18, 103:1,
118:5, 118:6,
118:15, 131:1
**strike**
102:1, 113:21
**stuff**
73:19, 81:9,
81:15, 81:19,
82:19, 83:12,
83:22, 141:7
**sucked**
122:10
**sued**
33:6, 105:18
**suffering**
133:22
**suite**
2:5, 3:7, 3:18
**summertime**
29:10
**supervision**
145:9
**supervisor**
37:10
**support**
42:10
**supposed**
27:3, 27:9
**sure**
10:20, 22:4,
36:21, 65:7,

120:20
**suspended**
28:10, 28:12
**suspension**
28:19
**sustained**
120:17
**switch**
26:10, 26:13
**sworn**
5:3

---
**T**
---

**tackled**
92:2
**tailed**
34:19
**take**
6:5, 7:16,
21:16, 21:20,
21:21, 52:22,
85:10, 91:11,
93:3, 124:3,
136:20
**taken**
7:4, 97:3,
116:1, 136:21,
145:4, 145:7
**taking**
6:2, 21:15,
47:21, 48:1,
48:13, 56:1
**talk**
7:6, 19:19,
43:2, 99:6
**talked**
18:16, 125:22
**talking**
99:18, 99:22,
100:5, 101:3,
112:8, 112:11,
117:13, 119:12,
138:14
**tall**
23:22, 24:5,
52:7
**tank**
51:3, 51:4,

51:6
**tayvon**
101:15
**team**
121:20, 122:10
**tell**
6:17, 7:10,
7:13, 7:21,
22:3, 28:16,
34:12, 52:22,
53:1, 71:9,
89:14, 93:4,
94:12, 95:17,
100:11, 105:19,
129:5
**telling**
70:15, 73:18
**tenth**
122:6
**test**
7:9
**testified**
5:4, 113:17,
114:3, 114:6,
126:21
**testify**
21:11, 22:6
**testifying**
55:15
**testimony**
114:15, 139:8,
144:5, 144:6,
145:6, 145:7
**text**
16:13
**th**
19:20, 20:2,
20:17, 20:18,
25:5, 25:6,
26:4, 26:5,
26:6, 26:14,
28:18, 122:5,
145:15
**thank**
15:10, 23:22,
27:8, 29:19,
96:22, 106:18,
120:1, 142:1,

143:11, 143:13
**thanks**
119:9
**therapists**
129:10
**therapy**
127:17, 127:19,
127:20, 127:22,
128:3, 128:5,
128:7, 128:8,
128:9, 128:19,
129:5, 140:17,
140:18, 141:5
**thereafter**
145:8
**thing**
6:9, 22:16,
51:14, 65:20,
74:5, 79:12,
80:22, 85:17,
85:20, 129:4
**things**
6:22, 129:20
**think**
10:3, 12:16,
12:22, 45:10,
53:17, 55:16,
66:14, 91:7,
93:21, 100:4,
101:13, 102:5,
110:4, 110:10,
110:13, 111:20,
113:10, 113:17,
114:2, 114:3,
121:17, 129:7,
141:11, 142:17
**thought**
44:3, 137:10
**three**
22:20, 22:21,
23:2, 23:9,
23:13, 23:16,
105:3, 107:2,
107:3
**through**
26:14, 52:22,
72:18, 84:15,
118:10, 139:13

**throughout**
14:17, 22:18
**tight**
86:11, 113:6,
121:9
**time**
7:6, 8:7,
14:17, 15:10,
23:22, 26:17,
27:1, 27:3,
27:6, 27:8,
34:11, 35:20,
36:3, 36:6,
38:11, 41:18,
42:17, 46:1,
47:1, 47:2,
48:3, 49:2,
49:7, 50:20,
51:18, 51:20,
51:21, 52:1,
52:10, 52:14,
53:4, 54:13,
58:5, 59:8,
59:10, 66:18,
68:19, 82:10,
93:12, 93:13,
100:2, 100:4,
103:14, 108:12,
109:3, 111:22,
117:10, 120:1,
122:3, 123:4,
125:10, 137:8,
137:15, 141:14,
142:1, 143:2,
143:13
**times**
22:20, 22:21,
23:2, 23:9,
128:19
**today**
21:11, 47:16
**today's**
7:18, 9:2, 9:9
**together**
96:18, 97:12,
103:9
**told**
11:10, 14:6,

37:14, 37:16,
37:18, 55:15,
62:1, 85:3,
85:7, 90:22,
91:7, 93:12,
95:16, 113:10,
123:16, 125:8,
125:9, 133:13,
138:16, 140:2,
140:6, 141:17,
141:19, 141:21,
142:17
**took**
82:12, 82:13,
84:12, 85:1,
88:21, 91:18,
91:21, 96:2,
96:4, 96:5,
96:14, 109:9,
115:14
**top**
51:3, 51:4,
51:6, 86:16
**touch**
47:4
**towards**
60:1, 60:2,
68:3, 118:14
**transcript**
145:5
**transcription**
144:6
**transport**
101:5, 138:4
**transported**
88:17, 116:6,
117:12
**traveling**
55:20, 56:5
**treated**
120:11, 121:10,
127:4
**treatment**
112:15, 123:12,
127:13, 129:12
**tried**
76:13, 77:12,
77:14

**trip**
72:2, 74:16
**tripped**
65:21, 65:22,
70:13, 70:17,
72:8, 72:13
**true**
144:5, 145:5
**truthfully**
7:4, 21:11,
22:7
**trying**
60:17, 66:14,
73:14, 74:10,
75:7, 75:19,
75:20, 76:9,
77:13, 80:6,
83:15, 83:17,
83:21, 84:3,
84:6, 87:2,
91:11, 104:4
**turn**
55:22, 63:21,
69:22, 72:9,
74:17, 131:2
**turned**
61:18, 63:3,
63:6, 63:7,
63:8, 64:1,
64:3, 70:13,
70:14, 70:19,
70:20, 70:22,
71:16, 72:1,
72:17, 78:2
**turns**
47:21, 48:1,
48:13, 61:4
**tv**
79:7
**twenty**
94:1
**twenty-one**
23:5
**twice**
128:21
**two**
6:21, 12:11,
12:16, 12:17,

| | | | |
|---|---|---|---|
| 13:1, 39:19,<br>54:20, 55:3,<br>57:9, 58:3,<br>60:11, 65:15,<br>76:16, 76:17,<br>77:3, 84:20,<br>85:5, 85:22,<br>89:17, 92:18,<br>94:6, 118:19,<br>132:2<br>**two-way**<br>65:17, 65:18<br>**tyler**<br>1:7, 3:13<br>**typewriting**<br>145:8 | **until**<br>48:21, 49:1,<br>61:15, 61:16,<br>71:22, 88:4,<br>138:4<br>**ups**<br>38:21, 39:1,<br>39:5, 39:16,<br>39:18<br>**upstairs**<br>61:18, 69:11,<br>69:17, 74:7,<br>78:1, 79:13<br>**use**<br>22:9, 22:12,<br>22:19, 23:6<br>**using**<br>23:1, 87:19<br>**usually**<br>21:6 | **W**<br>**w**<br>32:18<br>**wagon**<br>88:16, 88:22,<br>97:13, 138:5<br>**waived**<br>32:22<br>**walk**<br>68:1, 68:2,<br>68:3, 68:6,<br>69:19, 69:22,<br>70:4, 98:11,<br>118:10<br>**walked**<br>64:11, 64:12,<br>131:2<br>**walkertown**<br>12:6, 12:7,<br>12:8, 12:12,<br>15:17, 42:20,<br>42:21<br>**walking**<br>65:19, 67:20,<br>67:22<br>**walkway**<br>69:20<br>**walmart**<br>37:21, 37:22,<br>38:4, 41:3,<br>41:10, 41:11,<br>41:13, 41:19,<br>41:22, 42:7,<br>42:18<br>**want**<br>22:4, 43:2,<br>81:13, 83:21,<br>93:5<br>**wanted**<br>27:21, 27:22,<br>41:5<br>**warner**<br>121:20, 121:21<br>**watch**<br>137:7<br>**wawg**<br>32:17 | **way**<br>53:17, 55:20,<br>55:21, 56:5,<br>61:11, 61:12,<br>71:21, 73:12,<br>90:15, 94:10,<br>97:14, 97:16<br>**ways**<br>65:15<br>**we'll**<br>119:1<br>**we're**<br>19:19, 53:6,<br>112:8, 143:16<br>**we've**<br>125:21<br>**wearing**<br>51:1, 51:13<br>**week**<br>15:20, 20:21,<br>21:1, 22:20,<br>22:21, 23:2,<br>23:9, 23:13,<br>35:22, 36:1,<br>124:4, 128:21<br>**weekday**<br>43:10<br>**weekend**<br>43:10<br>**weeks**<br>37:6, 41:22,<br>112:20, 112:21,<br>112:22, 124:5,<br>143:12<br>**weigh**<br>24:3, 24:6<br>**weighed**<br>52:10<br>**weighs**<br>52:9<br>**went**<br>10:7, 15:20,<br>26:6, 26:8,<br>26:17, 26:18,<br>26:19, 27:13,<br>27:14, 34:14,<br>37:16, 39:5,<br>39:16, 39:20, |
| **U**<br>**uh-huh**<br>5:14, 5:16,<br>6:6, 13:14,<br>18:12, 25:21,<br>27:5, 34:16,<br>49:3, 134:7<br>**uncle**<br>101:13, 101:14,<br>102:3, 103:8,<br>104:20<br>**under**<br>5:4, 21:9,<br>22:5, 90:22,<br>145:8<br>**understand**<br>6:16, 8:8, 9:7,<br>11:11, 18:7,<br>65:8, 92:8,<br>102:20, 104:3,<br>104:5, 122:14,<br>133:4<br>**understanding**<br>26:16<br>**understood**<br>7:2<br>**uniform**<br>71:11, 72:21,<br>89:15, 89:18,<br>89:22<br>**united**<br>1:1 | **V**<br>**van**<br>3:14, 107:21,<br>107:22, 108:22,<br>136:17<br>**vehicle**<br>101:6, 135:19,<br>135:20<br>**verbal**<br>6:5<br>**via**<br>3:3<br>**video**<br>109:13<br>**videoconference**<br>3:3<br>**view**<br>4:14<br>**vincent**<br>94:17, 94:19,<br>94:20<br>**virginia**<br>2:11, 145:22<br>**voice**<br>10:20<br>**voices**<br>6:11 | | |

41:3, 41:9,
49:21, 55:1,
64:2, 64:3,
80:8, 115:11,
116:9, 120:6,
120:8, 121:19,
124:21, 124:22,
126:21, 127:17,
127:19, 127:20,
128:7, 128:8,
128:21, 138:9,
139:17, 142:15,
142:16, 142:18,
143:3

**weren't**
42:7, 74:13,
98:22, 139:8,
139:11

**west**
12:13, 12:14,
12:19, 12:20,
14:18, 55:5,
58:15, 65:13,
66:10, 106:1,
108:22, 115:12,
118:4, 130:8,
130:11

**whatever**
53:13, 141:1

**when's**
47:2, 143:8

**whereof**
145:14

**whereupon**
5:17, 20:9,
53:10, 66:5

**whether**
18:15, 33:15,
71:18, 77:2,
105:12, 105:22,
107:19, 108:2,
108:20, 139:21

**whichever**
126:12

**white**
51:6, 76:22,
89:15, 89:21,
89:22

**whole**
46:13, 50:9,
54:15, 68:19,
92:19, 117:10

**windows**
67:9

**witness**
4:3, 6:18,
8:19, 20:8,
21:9, 31:17,
80:16, 106:15,
106:19, 145:14

**woman**
45:17, 45:19

**woodward**
15:5, 15:7,
15:8, 15:9

**word**
81:15

**words**
81:5, 82:1

**work**
37:16, 37:20,
38:2, 38:4,
38:6, 39:1,
39:3, 41:3,
41:10, 134:12

**worked**
39:21, 39:22,
41:11, 41:13,
99:21, 100:1,
100:3

**working**
35:18, 36:3,
36:6, 36:11,
38:11, 38:12,
40:10, 40:12,
40:14, 41:19,
41:20, 41:21,
41:22, 42:7,
42:13, 42:15

**wrist**
109:20, 109:22,
110:3, 110:20,
110:21, 111:5,
111:12, 112:3,
112:8, 112:12,
113:3, 120:10,

120:21, 121:11,
123:4, 123:8,
123:20, 125:22,
126:12, 126:16,
127:14, 128:2,
129:3, 129:14,
138:15, 138:20,
139:1

**wrong**
20:14, 37:10

**X**

**x**
67:15

**x-ray**
123:13, 123:15,
123:16

**Y**

**yeah**
8:16, 10:5,
10:13, 10:19,
12:8, 13:8,
13:12, 14:7,
15:9, 15:14,
35:4, 40:4,
40:13, 41:9,
44:15, 45:12,
46:5, 46:9,
50:19, 51:11,
53:15, 57:17,
62:13, 66:21,
67:3, 79:6,
91:12, 93:1,
93:17, 94:4,
94:21, 96:21,
97:9, 103:5,
103:17, 106:18,
109:9, 110:6,
110:13, 113:11,
118:6, 119:2,
119:21, 124:6,
132:11, 141:11

**year**
12:22, 13:1,
19:18, 30:14,
42:1, 109:3,
122:5, 125:2

**years**
12:11, 12:16,
12:17

**yelling**
81:20, 81:22

**yesterday**
21:19, 22:11,
22:12

**yourself**
42:10

**.**

**.3767**
2:7

**.6060**
3:21

**.9300**
3:10

**0**

**00**
1:14, 44:13,
44:14, 44:15,
46:11, 46:14,
47:20, 48:12,
49:14, 50:4,
50:22, 54:14,
120:3

**1**

**1**
4:12, 119:17

**10**
26:4, 26:5,
122:5

**100**
2:5

**11**
25:5, 26:4,
26:5, 28:18

**12**
25:5, 25:6,
26:4, 26:6,
26:14

**125**
52:19

**13**
136:22

**130**
52:20
**14**
1:13, 19:20,
20:2, 20:17,
20:18, 125:15
**142**
4:8
**145**
1:21
**15**
92:19, 142:20
**150**
24:4, 52:17
**1500**
65:15
**1508**
48:7
**1511**
4:13, 12:19,
12:20, 14:3,
14:6, 14:18,
48:8, 58:15,
66:10, 101:21,
106:1, 107:7,
107:19, 108:2,
108:22, 115:12,
130:11
**1603**
12:13, 12:14,
130:8
**17**
1:7, 28:18,
145:15
**18**
23:3, 23:6,
32:20
**19**
145:21
**198**
24:6
**1999**
23:21, 143:9

**2**

**2**
1:14, 4:14,
67:16

**20**
20:2, 93:22
**2013**
34:9, 34:10
**2014**
20:2, 20:3,
29:14, 30:3,
111:15, 111:16,
111:18, 111:19,
112:4, 122:1,
122:20, 123:2,
125:3, 126:15,
127:11, 135:13,
139:16
**2015**
19:20
**2017**
39:4
**2018**
39:2, 39:3,
130:5, 130:6,
130:18
**2019**
31:9, 31:11,
31:18, 31:19,
42:2
**2020**
1:13, 145:16
**2023**
145:21, 145:23
**2027**
11:15, 11:21
**21**
21:2, 23:20,
124:21, 124:22,
125:15, 143:9,
143:19
**21202**
2:6, 3:20
**2155**
130:15
**248.932**
3:10
**25**
93:22, 94:1
**2560**
2:5
**2600**
3:18

**26700**
3:8

**3**

**3**
120:3
**30**
78:3, 78:6,
78:7, 78:8, 88:6
**31**
145:23
**321318**
1:20
**3477**
1:7

**4**

**4**
120:3, 136:22,
143:19
**401**
3:7
**410.752**
3:21
**4500**
32:17, 32:18
**48033**
3:9
**4888**
12:8

**5**

**5'7**
52:8
**5'8**
52:8
**50**
95:4, 95:5
**53**
4:12

**6**

**6**
44:13, 44:14,
44:15, 46:11,
46:14, 47:20,
48:12, 49:14,
50:4, 54:14

**6'3**
24:6
**60**
95:5
**66**
4:14

**7**

**7**
54:14
**7825**
130:1, 130:13

**8**

**8**
50:22
**8-**
145:21, 145:23
**888.433**
2:7

**9**

**9**
50:22
**9th**
20:16