IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DARIUS KIMBROUGH, | * | |
| Plaintiff, | * | |
| v. | * | Case No. 17-3477 CCB |
| TYLER SENTZ, *et al.*, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## SUGGESTION OF DEATH

1. The undersigned, counsel to Defendants Officer Ryan Perry, Officer Jonathan Van Curan, and Detective Tyler Sentz, suggests that Plaintiff, Darius Kimbrough, died in Baltimore City, Maryland on or about November 11, 2020.

2. The undersigned is not aware of the designation of any personal representative of Mr. Kimbrough.

Respectfully submitted,

Dated: January 21, 2021

  /s/
Christopher C. Jeffries (Fed. Bar. No. 28587)
KRAMON & GRAHAM, P.A.
One South Street, Suite 2600
Baltimore, Maryland 21202
Phone: (410) 752-6030
Fax: (410) 539-1269
cjeffries@kg-law.com

*Counsel for Officer Ryan Perry, Officer Jonathan Van Curan, and Detective Tyler Sentz*