IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DARIUS KIMBROUGH,

    *Plaintiff,*　　　　　　　　　　Case No. 17-3477-CCB

v.

TYLER SENTZ, *et al.*,

    *Defendants.*

### **MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF**

NOW COMES Solomon M. Radner, counsel for Plaintiff, and respectfully moves this Court for leave to withdraw as counsel for the following reasons:

1. Undersigned was retained as counsel for Plaintiff, while undersigned was a partner of Excolo Law, PLLC.

2. In October 2020, undersigned resigned from Excolo Law and on November 2, 2020, began working at Johnson Law, PLC.

3. As an employee of Johnson Law, PLC, undersigned counsel is unable to continue representing Plaintiff in this matter.

4. Attorney Keith Altman is knowledgeable of this case, including the tragedy which will require an estate to be set up for Plaintiff, and is co-counsel for plaintiff, and he will continue to represent Plaintiff in this matter.

1

5. Katrina Davis, the late Darius Kimbrough's mother, has been advised of this development.

WHEREFORE, Undersigned respectfully requests this Honorable Court grant this Motion to Withdraw as Counsel, and any other relief the Court deems proper.

                                              Respectfully submitted,

                                              JOHNSON LAW, PLC

Dated: February 16, 2021                By: */s/ Solomon M. Radner*
                                              Solomon M. Radner (P73653)
                                              Attorney for Plaintiff
                                              535 Griswold, Suite 2632
                                              Detroit, MI 48226
                                              (313) 324-8300
                                              sradner@venjohnsonlaw.com

## CERTIFICATE OF SERVICE

Undersigned hereby affirms that on March 2, 2021, he caused the foregoing document to be filed electronically with the United States District Court and that a copy of said document was sent to all counsel of record through the Court's CM/ECF electronic filing system, and has mailed a copy to Plaintiff's mother at, via First Class Mail:

        Katrina Davis
        4888 Oak Branch Lane
        Walkertown, NC 27051

        */s/ Solomon M. Radner*

Approved 3/16/2021
Catherine C. Blake
United States District Judge

2