# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DARIUS KIMBROUGH | * | |
| | * | Civil Action No. CCB-17-3477 |
| v. | * | |
| | * | |
| CITY OF BALTIMORE, et al. | * | |

**ORDER**

In light of the defendants' notice of suggestion of death as to the plaintiff Darius Kimbrough (ECF 63) and the court's order extending the time for the plaintiff to file a motion for substitution pursuant to Rule 25 (ECF 70), it is hereby Ordered that:

The defendants' motion for summary judgment (ECF 58) is DENIED WITHOUT PREJUDICE to renewal following the court's order on any motion for substitution made by the plaintiff.

 5/20/2021
Date

/S/
Catherine C. Blake
United States District Judge