IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DARIUS KIMBROUGH, | * | |
| Plaintiff, | * | |
| v. | * | Case No. 17-3477 CCB |
| TYLER SENTZ, *et al.*, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## AMENDED NOTICE OF SUGGESTION OF DEATH

1. The undersigned, counsel to Defendants Officer Ryan Perry, Officer Jonathan Van Curan, and Detective Tyler Sentz, suggests that Plaintiff, Darius Kimbrough, died in Baltimore City, Maryland on or about November 11, 2020.

2. The undersigned is not aware of the designation of any personal representative of Mr. Kimbrough.

3. The undersigned is aware that the decedent's mother, Katrina Davis, and his father, Demetri Kimbrough, are the decedent's likely successors. This amended notice of suggestion of death will be served upon them at their last known addresses consistent with Rule 4 of the Federal Rules of Civil Procedure.

|  |  |
|---|---|
| | Respectfully submitted, |
| Dated: May 21, 2021 |   /s/ _____<br>Christopher C. Jeffries (Fed. Bar. No. 28587)<br>KRAMON & GRAHAM, P.A.<br>One South Street, Suite 2600<br>Baltimore, Maryland 21202<br>Phone: (410) 752-6030<br>Fax: (410) 539-1269<br>cjeffries@kg-law.com<br><br>*Counsel for Officer Ryan Perry, Officer Jonathan Van Curan, and Detective Tyler Sentz* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of May, 2021, the foregoing Amended Suggestion of Death, was filed and served via ECF on all parties and counsel of record, and was mailed by certified mail, restricted delivery--show to whom, date, address of delivery, return receipt requested to:

> Katrina Davis
> 4888 Oak Branch Lane
> Walkertown, North Carolina, 27051
>
> Demetri Kimbrough
> 7610 Eben Drive
> Charlotte, North Carolina, 28269-1113

                                             /s/ _____
                                             Christopher C. Jeffries