

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Demetri Kimbrough
7610 Eben Drive
Charlotte, NC 28269-1113

9590 9402 6548 1028 5674 57

2. Article Number (Transfer from service label)
7021 0350 0000 6782 1628

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Kimbrough
☐ Agent
☒ Addressee

B. Received by (Printed Name)

C. Date of Delivery 5-26

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☒ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 — Domestic Return Receipt



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Charlotte, NC 28269           OFFICIAL USE

Certified Mail Fee  $2.85
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)   $0.00
☐ Return Receipt (electronic) $9.15
☐ Certified Mail Restricted Delivery $0.00
☐ Adult Signature Required    $0.00
☐ Adult Signature Restricted Delivery $

Postage  $0.55
Total Postage and Fees  $12.55

Sent To: Demetri Kimbrough
Street and Apt. No., or PO Box No. 7610 Eben Drive
City, State, ZIP+4® Charlotte NC 28269

Postmark: GLEN BURNIE, MD 21061-9998, MAY 22 2021 — 05/22/2021

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions